# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-3763** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

# SCHEDULING ORDER

**AND NOW**, this 4th day of January 2023, upon consideration of the parties' joint report of their Federal Rule of Civil Procedure ("Rule") 26(f) conference, [ECF 13], and pursuant to Rule 16, it is hereby **ORDERED** that:

1. The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.
2. All fact discovery shall be completed by June 5, 2023.
3. Plaintiff's expert reports shall be due by July 7, 2023.
4. Defendants' expert reports are due by August 7, 2023.
5. Expert discovery shall be completed by September 7, 2023.
6. Any *Daubert* or dispositive motions shall be filed by October 9, 2023, and any response to such motions shall be filed within twenty-one (21) days of the filing of the motion.
7. A final pretrial conference will be held on or about January 9, 2024, to schedule the trial date. Lead trial counsel for each party and any unrepresented party are required to attend. Fourteen (14) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rules 16.1(c) and (d).

Failure to comply with this Order may result in sanctions.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*