IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-3763** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW**, this 8th day of August 2023, upon considering the parties' Stipulation (DI 26) to amend our May 9, 2023 order (DI 19), and finding limited good cause, it is **ORDERED** the Stipulation (DI 26) is **APPROVED in part**[1] and we **amend** our May 9, 2023 order (DI 19) as follows:

1. All fact discovery shall be completed no later than **December 1, 2023**.

2. Affirmative expert reports shall be served no later than **October 27, 2023**. Responsive expert reports, if any, shall be served no later than **November 24, 2023**. Expert depositions, if any, shall be concluded no later than **December 1, 2023**.

3. Further dates will be scheduled as needed, at a later time.

4. Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

5. There will be no further extensions absent extraordinary justification.

**MURPHY, J.**

---

[1] We remind the parties the summary judgment deadline is being maintained at October 17, 2023 regardless of the parties' agreements on discovery, and given the parties' choice to pursue discovery after that date, the parties will not be permitted to oppose summary judgment under Rule 56(d) that further discovery is needed.