IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FELISHATAY ALVARADO | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

# ORDER

**AND NOW**, this 4th day of March 2024, following our case management videoconference held with counsel today, and plaintiff's counsel's letter (DI 41), it is **ORDERED**:

1. Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov. As discussed at today's conference, counsel are encouraged to discuss and propose any particular trial procedure that they believe suits the needs of the case.

2. Motions *in limine*, *Daubert* motions, and any other pretrial motions are due no later than **August 29, 2024**.

3. No later than **September 5, 2024**, the parties shall file an integrated pretrial memorandum compliant with our Policies (¶ 12).

4. No later than **September 12, 2024**, the parties shall file jury instructions and verdict sheets compliant with our Policies (¶ 14).

5. A final pretrial conference will be held on **September 19, 2024** at **10:00A.M.** in Courtroom 3B.

6. Counsel is attached for jury selection followed by a two-week trial beginning on **September 23, 2024** at **9:00A.M.** in Courtroom 3B.

*/s/ John F. Murphy*
**MURPHY, J.**