IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

## ORDER

**AND NOW**, this 15th day of March 2024, upon considering plaintiff's unopposed letter request to reschedule the final pretrial conference (DI 45), it is **ORDERED** we **reschedule** the final pretrial conference for **September 17, 2024** at **10:00 A.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**MURPHY, J.**