THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **FELISHATAY ALVARADO,** | : | |
| *Plaintiff*, | : | |
| | : | **Civil Action** |
| v. | : | **No. 22-3763** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants*. | : | |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Motion to Preclude Plaintiff's Expert Dr. Veronique Valliere, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
JOHN F. MURPHY, J.