THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO,** | : | |
| *Plaintiff*, | : | |
| | : | **Civil Action** |
| v. | : | **No. 22-3763** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| *Defendants*. | : | |

## DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY AND REPORT OF GLENN GARRELS

Defendants City of Philadelphia; Police Officers Joshua Burkitt, Eric Clark, Jose Hamoy, Brian Murray, Patrick Saba, Edward Song; and Sgt. Kevin Mellody; and Lt. Demetrius Monk (collectively "the Defendants"), by and through undersigned counsel, respectfully moves this honorable Court, pursuant to Federal Rule of Civil Procedure 702, for the entry of an order striking any portion of Mr. Garrels' testimony that (1) expresses a legal conclusion; (2) opines on the layout of Ms. Alvarado's apartment building; (3) opines on cell phone tracking data; and (4) refers to Ms. Alvarado's dog, Akuma. In support of this Motion, Defendants submit the attached Memorandum of Law, which is incorporation by reference in its entirety herein.

Date: August 29, 2024

Respectfully submitted,
/s/ *Emily Hoff*
**EMILY HOFF, ESQUIRE**
Assistant City Solicitor
Attorney Identification No. 330859

/s/ *Jonah Santiago-Pagán*
**JONAH SANTIAGO-PAGÁN, ESQUIRE**
Deputy City Solicitor
Attorney Identification No. 326442
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595