IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELISHATAY ALVARADO,** *Plaintiff*, v. **CITY OF PHILADELPHIA, et al.,** *Defendants*. | **Civil Action No. 22-3763** |

## CERTIFICATE OF SERVICE

I, Jonah Santiago-Pagán, Esquire, Counsel for the Defendants in the above-captioned matter, hereby certify that the foregoing Motion in *Limine* to Preclude the Testimony and Report of Glen Garrels, proposed form of order, memorandum of law, and this certificate of service were filed via the Court's ECF system and are available for viewing and downloading.

Date: <u>August 29, 2024</u>

Respectfully submitted,

*/s/ Jonah Santiago-Pagán*
**JONAH SANTIAGO-PAGAN, ESQUIRE**
Deputy City Solicitor
Pa. Attorney ID No. 326442
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5428
jonah.santiago-pagan@phila.gov