# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | |
| Plaintiff | : | Civil Action No. 22-3763 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al*. | : | |

**PLAINTIFF'S PROPOSED VERDICT FORM**

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) Did any of the following Defendants intentionally commit an act that violated Plaintiff, Felishatay Alvarado's Fourth Amendment right to be free from unreasonable searches and seizures?

| | | |
|---|---|---|
| Joshua Burkitt | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Eric Clark | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Kevin Mellody | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Brian Murray | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Patrick Saba | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Demetrius Monk | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Edward Song | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Jose Hamoy | YES \_\_\_\_\_ | NO \_\_\_\_\_ |

IF YOU ANSWERED "YES" TO PART 1 FOR ANY OF THE ABOVE DEFENDANTS, GO TO PART 2. IF YOU ANSWERED "NO" TO PART 1 FOR ALL OF THE ABOVE DEFENDANTS, GO TO PART 6.

(2) Did any of acts of the following Defendants described in Part 1 above cause any injury to Plaintiff, Felishatay Alvarado?

| | | |
|---|---|---|
| Joshua Burkitt | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Eric Clark | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Kevin Mellody | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Brian Murray | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Patrick Saba | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Demetrius Monk | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Edward Song | YES \_\_\_\_\_ | NO \_\_\_\_\_ |
| Jose Hamoy | YES \_\_\_\_\_ | NO \_\_\_\_\_ |

IF YOU ANSWERED "YES" TO PART 2 FOR ANY OF THE ABOVE DEFENDANTS, GO TO PART 3. IF YOU ANSWERED "NO" TO PART 1 FOR ALL OF THE ABOVE DEFENDANTS, GO TO PART 6.

(3) Please state the amount of money that will fairly compensate Plaintiff, Felishatay Alvarado, for any and all injury that she sustained due to the conduct of each of the Defendants (only award damages against the individual Defendants for whom you answered "YES" in both Part 1 and 2).

Joshua Burkitt $ _____

Eric Clark $ _____

Kevin Mellody $ _____

Brian Murray $ _____

Patrick Saba $ _____

Demetrius Monk $ _____

Edward Song     $ _____

Jose Hamoy      $ _____

AFTER ANSWERING PART 3, GO TO PART 4.

(4)     For each of the following individual Defendants for whom you answered "YES" in both Part 1 and 2, now please answer whether each of the following Defendants acted maliciously or wantonly in violating Plaintiff, Felishatay Alvarado's rights?

| Defendant | | | | |
|---|---|---|---|---|
| Joshua Burkitt | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Eric Clark | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Kevin Mellody | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Brian Murray | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Patrick Saba | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Demetrius Monk | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Edward Song | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |
| Jose Hamoy | YES | \_\_\_\_\_ | NO | \_\_\_\_\_ |

IF YOU ANSWERED "YES" TO PART 4, GO TO PART 5. OTHERWISE, GO TO PART 6.

(5)     Do you award punitive damages against the following individual Defendants for whom you answered "YES" in Part 4?

Joshua Burkitt          YES  \_\_\_\_\_  NO  \_\_\_\_\_

If yes, in what amount? $ _____

Eric Clark              YES  \_\_\_\_\_  NO  \_\_\_\_\_

If yes, in what amount? $ _____

Kevin Mellody          YES   _____   NO   _____

If yes, in what amount? $ _____

Brian Murray           YES   _____   NO   _____

If yes, in what amount? $ _____

Patrick Saba           YES   _____   NO   _____

If yes, in what amount? $ _____

Demetrius Monk         YES   _____   NO   _____

If yes, in what amount? $ _____

Edward Song            YES   _____   NO   _____

If yes, in what amount? $ _____

Jose Hamoy             YES   _____   NO   _____

If yes, in what amount? $ _____

ONCE FINSHED WITH PART 5, GO TO PART 6.

(6)    Do you find by a preponderance of the evidence that Plaintiff, Felishatay Alvarado's Fourth Amendment right to be free from unreasonable searches and seizures was violated and that the injury suffered by Plaintiff, Felishatay Alvarado, was the result of a failure by Defendant, City of Philadelphia, to properly train its SWAT Officers regarding the Knock and Announce Rule and/or how to properly conduct reconnaissance before enforcing a warrant?

YES   _____   NO   _____

IF YOU ANSWERED "YES" TO PART 6, GO TO PART 7.  OTHERWISE, STOP.

(7) Please state the amount of money that will fairly compensate Plaintiff, Felishatay Alvarado, for any and all injury that she sustained due to the failure of Defendant, City of Philadelphia, to train its SWAT Officers regarding the Knock and Announce Rule and/or how to properly conduct reconnaissance before enforcing a warrant?

$ _____

**SO SAY WE ALL, this ___ day of _____, 2024**

_____
**Foreperson**

**Respectfully submitted,**

**/s/ Keith West____**
**Keith West, Esquire**
**VICTIMS' RECOVERY LAW CENTER**
**PA Attorney ID No. 317426**
**3650 Winding Way, Suite 200**
**Newtown Square, PA 19073**
**keith@victimrecoverylaw.com**
*Attorney for the Plaintiff*