IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELISHATAY ALVARADO,<br>               Plaintiff,<br><br>v.<br><br>CITY OF PHILADLEPHIA, et al.,<br>               Defendants. | **Civil Action**<br>**No. 22-3763** |

## DEFENDANTS' PROPOSED VERDICT SHEET

The parties have conferred and could not agree upon a Verdict Sheet. The Defendants respectfully request the jury be charged to answer the following questions on individual liability, municipal liability, and damages.

Respectfully submitted:

Date: September 12, 2024

/s/ *Emily Hoff*
Emily Hoff
Assistant City Solicitor
Attorney Identification No. 330859

/s/ *Jonah Santiago-Pagán*
Jonah Santiago-Pagán
Deputy City Solicitor
Attorney Identification No. 326442
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELISHATAY ALVARADO,<br>     Plaintiff,<br><br>  v.<br><br>CITY OF PHILADLEPHIA, et al.,<br>     Defendants. | Civil Action<br>No. 22-3763 |

## VERDICT SHEET – LIABILITY

  Constitutional Claims Against Defendants Joshua Burkitt, Eric Clark, Kevin Mellody, Brian Murray, Patrick Saba, Demtrius Monk, Edward Song, and Jose Hamoy

A. *Entry*

1. Do you find that Felishatay Alvarado has proven by a preponderance of the evidence that the entry of the following individual SWAT Unit Officers was unreasonable in light of the circumstances?

  Joshua Burkitt    YES _____  NO _____

  Eric Clark      YES _____  NO _____

  Kevin Mellody    YES _____  NO _____

  Brian Murray     YES _____  NO _____

  Patrick Saba     YES _____  NO _____

  Demetrius Monk   YES _____  NO _____

  Edward Song     YES _____  NO _____

  Jose Hamoy     YES _____  NO _____

                        *Proceed to Question 2.*

I. Constitutional Claims Against Defendants Joshua Burkitt, Eric Clark, Kevin Mellody, Brian Murray, Patrick Saba, Demtrius Monk, Edward Song, and Jose Hamoy

B. *Seizure of Plaintiff*

2. Do you find that Felishatay Alvarado has proven by a preponderance of the evidence that the following individual SWAT Unit Officers unreasonably seized her by pointing a gun at her for 30 minutes while she was dressed in a towel?

| | | |
|---|---|---|
| Joshua Burkitt | YES _____ | NO _____ |
| Eric Clark | YES _____ | NO _____ |
| Kevin Mellody | YES _____ | NO _____ |
| Brian Murray | YES _____ | NO _____ |
| Patrick Saba | YES _____ | NO _____ |
| Demetrius Monk | YES _____ | NO _____ |
| Edward Song | YES _____ | NO _____ |
| Jose Hamoy | YES _____ | NO _____ |

*If your answer to the above questions as to each individual SWAT Unit Officer is "No," then your deliberations are complete. Please have the foreperson sign the Verdict Form and contact the Court Deputy.*

*If your answer to the above questions as to any individual SWAT Unit Officer is "Yes," then proceed to Section II.*

II. Constitutional Claims Against City of Philadelphia

C. Failure to Train

1. Do you find Felishatay Alvarado proved, by a preponderance of the evidence, that at the time of the entry into her apartment, the City of Philadelphia failed to adequately train its SWAT Unit Officers and those failures amounted to deliberate indifference to the fact that inaction would obviously result in the violation of Fourth Amendment rights?

    YES _____    NO _____

*If your answer to the above question is "Yes," proceed to the next question. If your answer to the above question is "No," please have the foreperson sign the Verdict Form and contact the Court Deputy.*

2. Has Felishatay Alvarado identified the specific training that if provided by the City of Philadelphia to its SWAT Unit Officers would have prevented the violation of Fourth Amendment rights?

    YES _____    NO _____

*If your answer to the above question is "Yes," proceed to the next question. If your answer to the above question is "No," please have the foreperson sign the Verdict Form and contact the Court Deputy.*

3. Has Felishatay Alvarado proved, by a preponderance of the evidence that the City of Philadelphia's failure to provide the specific training in Question 2 were the cause of and moving force behind the violation of her Fourth Amendment rights?

    YES _____    NO _____

*If your answer to the above question is "Yes," proceed to the next question. If your answer to the above question is "No," please have the foreperson sign the Verdict Form and contact the Court Deputy.*

II. Constitutional Claims Against City of Philadelphia

4. Has Felishatay Alvarado proved, by a preponderance of the evidence that the City of Philadelphia's failure to provide the specific training in Question 2 were the factual cause of any harm to Plaintiff?

YES _____    NO _____

*Please have the foreperson sign the Verdict Form and contact the Court Deputy.*

This is our true verdict, **SO SAY WE ALL**, this _____ day of September, 2024.

_____
Foreperson

PLEASE NOTIFY THE COURT DEPUTY THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO,** | : | |
|                    **Plaintiff,** | : | |
| | : | **Civil Action** |
|       v. | : | **No. 22-3763** |
| | : | |
| **CITY OF PHILADLEPHIA, et al.,** | : | |
|                    **Defendants.** | : | |
| | : | |

## **VERDICT SHEET – DAMAGES**

A. *Compensatory Damages*

1. Do you find by a preponderance of the evidence that Felishatay Alvarado is entitled to compensatory damages?

         YES   _____      NO   _____

   *If your answer to the above question is "No," proceed to Section B. If your answer to the above question is "Yes," proceed to the next question.*

2. Please state the amount of compensatory damages Felishatay Alvarado has proven by a preponderance of the evidence?
   $ _____

3. How would you apportion the total amount of compensatory damages in Question 2 among the Defendant(s) you found liable?

   | | |
   |---|---|
   | Joshua Burkitt | $ _____ |
   | Eric Clark | $ _____ |
   | Kevin Mellody | $ _____ |
   | Brian Murray | $ _____ |
   | Patrick Saba | $ _____ |
   | Demetrius Monk | $ _____ |
   | Edward Song | $ _____ |

Jose Hamoy                                      $ _____

City of Philadelphia                         $ _____

*Proceed to Section B.*

B. *Punitive Damages*

1. Do you find that the following individual SWAT Unit Officers acted maliciously or wantonly against Felishatay Alvarado under the facts found by you?

   | Officer | YES | NO |
   |---|---|---|
   | Joshua Burkitt | _____ | _____ |
   | Eric Clark | _____ | _____ |
   | Kevin Mellody | _____ | _____ |
   | Brian Murray | _____ | _____ |
   | Patrick Saba | _____ | _____ |
   | Demetrius Monk | _____ | _____ |
   | Edward Song | _____ | _____ |
   | Jose Hamoy | _____ | _____ |

   *If your answer to the above question as to each individual SWAT Unit Officer is "No," your deliberations are over. Please have the foreperson sign the Verdict Sheet and contact the Court Deputy.*

   *If your answer to the above question as to any individual SWAT Unit Officer is "Yes," proceed to the next question.*

2. Even if you have answered "Yes," above, you are not required to award punitive damages. If you choose to award punitive damages, please state the amount of punitive damages against each of the following individual SWAT Unit Officers *for which you answered "Yes," in Question 1 above*.

   Joshua Burkitt                                $ _____

   Eric Clark                                         $ _____

   Kevin Mellody                                 $ _____

   Brian Murray                                  $ _____

| | |
|---|---|
| Patrick Saba | $ _____ |
| Demetrius Monk | $ _____ |
| Edward Song | $ _____ |
| Jose Hamoy | $ _____ |

*Please have the foreperson sign the Verdict Sheet and contact the Court Deputy.*

This is our true verdict, **SO SAY WE ALL**, this _____ day of September, 2024.

_____
Foreperson

PLEASE NOTIFY THE COURT DEPUTY THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FELISHATAY ALVARADO,** : | |
|          **Plaintiff,** : | |
| : | **Civil Action** |
| v. : | **No. 22-3763** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
|          **Defendants.** : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, Defendants' Proposed Verdict Sheet was filed via the Court's electronic filing system and is available for downloading.

                                            Respectfully submitted:

Date:  September 12, 2024           */s/ Emily M. Hoff*
                                                Emily Hoff
                                                Assistant City Solicitor
                                                Attorney Identification No. 330859
                                                City of Philadelphia Law Department
                                                1515 Arch Street, 14th Floor
                                                Philadelphia, PA  19102-1595