# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | |
|     Plaintiff | : | Civil Action No. 22-3763 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

**ORDER**

AND NOW, on this _____ day of _____, 2024, upon consideration of Defendants' Motion in Limine to the Testimony and Report of Dr. Veronique Valliere, and Plaintiff's response in opposition thereto, it is hereby **ORDERED** that the Defendants' Motion is **DENIED**.

**BY THE COURT:**

_____
**John F. Murphy, District Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELISHATAY ALVARADO : | |
|    Plaintiff : | Civil Action No. 22-3763 |
| : | |
| v. : | |
| : | |
| CITY OF PHILADELPHIA, *et al.* : | |

## PLAINTIFFS' BRIEF IN OPPOSITION TO
## THE DEFENDANTS' MOTION *IN LIMINE* TO THE TESTIMONY AND REPORT OF
## DR. VERONIQUE VALLIERE

      The Defendants filed a completely boilerplate motion *in limine* to exclude Plaintiff's well-qualified mental health expert, Dr. Veronique Valliere. The Defendants' motion simply ignores Dr. Valliere's report and *curriculum vitae*, which clearly show that she has been admitted on countless occasions to give testimony regarding emotional distress. Given that Plaintiff has an independently diagnosed case of PTSD, there is plainly a "fit" between Dr. Valliere's qualifications and her opinions in this case.

      **WHEREFORE**, Plaintiff respectfully requests for the Court to ***deny*** the instant Motion, in the form of the attached proposed Order.

                                                              **Respectfully submitted,**

                                                              **/s/ Keith West**
                                                              **Keith West, Esquire**
                                                              **VICTIMS' RECOVERY LAW CENTER**
                                                              **PA Attorney ID No. 317426**
                                                              **3650 Winding Way, Suite 200**
                                                              **Newtown Square, PA 19073**
                                                               **keith@victimrecoverylaw.com**
                                                               *Attorney for the Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | |
|     Plaintiff | : | Civil Action No. 22-3763 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

**CERTIFICATE OF SERVICE**

    I, Keith West, Esquire, on this date, by electronic filing, caused a true and correct copy of Plaintiff's above Brief to be served on the Defendants.

Jonah Santiago-Pagan, Esquire
Emily Hoff, Esquire
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
***Attorney for Defendants***

                        **Respectfully submitted,**

                        **/s/ Keith West____**
                        **Keith West, Esquire
VICTIMS' RECOVERY LAW CENTER
PA Attorney ID No. 317426
121 South Broad Street, 18th Floor
Philadelphia, PA 19107
keith@victimrecoverylaw.com**
                        ***Attorneys for the Plaintiff***