
Exhibit C

 

# Pennsylvania
# Law Enforcement Accreditation Commission
*of the Pennsylvania Chiefs of Police Association*
*3905 North Front Street, Harrisburg, PA 17110*
*Phone (717) 236-1059   Fax (717) 236-0226*
*www.pachiefs.org*



October 28, 2021

Danielle Outlaw
Commissioner
Philadelphia City Police Department
Headquarters
750 Race Street
Philadelphia, Pennsylvania 19106

Dear Commissioner Outlaw:

Congratulations! On October 26, 2021, the Pennsylvania Law Enforcement Accreditation Commission unanimously voted to re-accredit the Philadelphia City Police Department. Your work in this program demonstrates the type of leadership that we strive for in law enforcement in Pennsylvania.

Thank you for being a part of this professional program offered to Pennsylvania law enforcement agencies. You have the right to be very proud of your agency. Only a small percentage of law enforcements agencies in Pennsylvania are able to say that they have completed this rigorous program. We at the Pennsylvania Chiefs of Police Association look forward to continuing to work with you in the years to come, with this and other programs, that will assist in the further professionalism of Pennsylvania law enforcement.

If using paper files, please sign in to the secured side of the accreditation website and under PLEAC-Only you may print a new set of labels. This will allow you to set up a new set of accreditation file folders that will help in beginning your next three years in the accreditation program.

Please feel free to contact me at any time if you have questions regarding your agency's accreditation.

Sincerely,

James Adams
Accreditation Program Coordinator

cc: Accreditation Manager/Sergeant John Ross

D000242

D000243