

Keith West <keith@victimrecoverylaw.com>

## Alvarado - Plaintiff's Experts
2 messages

**Keith West** <keith@victimrecoverylaw.com>     Mon, Oct 16, 2023 at 5:56 AM
To: Adam Zurbriggen <Adam.Zurbriggen@phila.gov>, Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov>
Cc: Katherine Prettyman <katherine@victimrecoverylaw.com>, Courtney Kitcherman <courtney@victimrecoverylaw.com>, David Thiruselvam <david@victimrecoverylaw.com>

Dear Adam and Jonah,

Plaintiff's experts in this case will be Glenn Garrels and Dr. Veronique Valierie. Their reports will be provided by the Court's deadline.

Best wishes,

**Keith West**

**Attorney
VICTIMS' RECOVERY LAW CENTER
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107**

**215-546-1433 - Phone**

**215-644-8754 - Fax**

[keith@victimrecoverylaw.com](mailto:keith@victimrecoverylaw.com)

---

**keith@victimrecoverylaw.com** <keith@victimrecoverylaw.com>     Fri, Oct 27, 2023 at 11:10 AM
To: Adam Zurbriggen <Adam.Zurbriggen@phila.gov>, Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov>
Cc: Katherine Prettyman <katherine@victimrecoverylaw.com>, Courtney Kitcherman <courtney@victimrecoverylaw.com>, David Thiruselvam <david@victimrecoverylaw.com>

Dear Counsel,

Please find attached Plaintiff's expert reports from Glenn Garrels and Dr. Veronique Valliere.

[Quoted text hidden]

**2 attachments**

- **FINAL REPORT - V Valliere**
  262K
- **FINAL REPORT - Glenn Garrels.pdf**
  2071K