

**Keith West <keith@victimrecoverylaw.com>**

# ALVARADO v. COP, et al. [JOINT STATEMENTS]

**Jonah Santiago-Pagan** <Jonah.Santiago-Pagan@phila.gov>                                                      Tue, Aug 6, 2024 at 10:39 AM
To: Keith West <keith@victimrecoverylaw.com>
Cc: "davidthiruselvam@yahoo.com" <davidthiruselvam@yahoo.com>, Emily Hoff <Emily.Hoff@phila.gov>

Hello Keith and David,

Following up on your availability the week of August 19, 2024. Given the deadlines in this case, we want to get this discussion on the books.

Additionally, we never received the CV of either expert or the underlying documents they based their opinions on – the deadline for that exchange was October 27, 2023 - please send that to us by this Friday August 9, 2024.

Thank you,

Jonah

**Jonah Santiago-Pagán**, Esq.

Deputy City Solicitor – Civil Rights Unit

City of Philadelphia Law Department

1515 Arch Street, 14th Floor

Philadelphia, PA 19102

He/Him/His

T: 215-683-5428

F: 215-683-5397

C: 267-428-6202

[Quoted text hidden]