# Glenn Garrels

Force Analysis LLC - Consultant
P.O. Box 128
Linwood, New Jersey 08221
Phone: 609-214-6449
Email:  Glenn@forceanalysisllc.com
Website: Forceanalysisllc.com

**Career Experiences / Assignments:**

**Force Analysis LLC**        **Use of Force Consultant**
**January 2022 - Present**

I provide consultation on use of force encounters and police best practices.  This includes the review of all reports, transcripts, video evidence, crime scene photographs and forensic examinations, autopsy and medical reports, and any other relevant information which will be compared against the legal standards.  I will provide an expert report and testify at criminal, civil, or administrative hearings, if needed.

**New Jersey State Police**
**October 2022 – Present**     **Special Investigations Unit / Lieutenant / Unit Head**

I am currently assigned as the Unit Head of the Special Investigations Unit.  I am responsible for supervising two squads of detectives that work in a plain clothes capacity related mainly to narcotics, prostitution, and human trafficking investigations.  I supervise the cultivation of all confidential sources utilized in the unit and oversee the confidential monetary funds utilized in investigations.

  **Active Threat / Shooter Coordinator:**  I am the Active Threat / Shooter Coordinator for the Casino Gaming Bureau.  My duties are to coordinate with outside law enforcement agencies on emergency responses to active threats, provide tactical training to enlisted members, and to assist casino executives with providing training to their employees on responding to critical incidents.  I am an Active Threat Instructor for State Police personnel and a Surviving an Active Threat: Run, Hide, Fight Instructor for civilian personnel.

**January 2021 – October 2022:  Casino Services Unit / Lieutenant / Unit Head**

I was the Unit Head of the Casino Services Unit where I supervise Stated Police Members and civilian staff.  I oversaw all evidence that was maintained and stored at the Casino Gaming Bureau to ensure that it is properly catalogued.  I supervised expungements when they were received from the court and handled discovery requests. I also assisted case detectives with executing search warrants where I packaged the evidence collected at crime scenes and submitted it for testing when needed.

  **Use of Force Reviews:**  I have conducted numerous Use of Force reviews for members of the Casino Gaming Bureau.  These reviews are a management mandated tool utilized when an enlisted member has two or more use of force incidents in a calendar year.  The review consists of ensuring enlisted members are compliant with the New Jersey Criminal Code, Attorney General Guidelines, and Standard Operating Procedures.  Ultimately, I recommend whether the force utilized was necessary, reasonable, and proportional during the encounter, and if necessary, additional training was needed for the member involved in the incident and/or

whether the incident should be referred to the Office of Professional Standards for further review.

**Aug 2020 to January 2021:  Major Crime South Unit / Lieutenant / Unit Head**

I was the Unit Head of the Major Crime South Unit.  I oversaw the complex investigations concerning suspicious deaths, homicides, and deadly force incidents, and directly informed command staff on unit decisions concerning these investigations.  I utilized my leadership to ensure case detectives had the resources to conduct thorough investigations.  I provided assistance on cases when needed and sought to mentor and teach junior detectives.  I supervised Officer Involved Shootings / Deadly Force Incidents as well as In-Custody Deaths and provided leadership while assigned to the Attorney General's Shooting Response Team.

**Attorney General's Shooting Response Team (SRT):**  During the fourteen years assigned to the Major Crime South Unit, I was assigned to the Attorney General's Shooting Response Team.  This team conducted the investigation into Officer Involved Shootings / Deadly Force Incidents and In-Custody Deaths.  While assigned to this team I was a junior detective, lead detective, case supervisor, and incident commander.  I was involved with close to 100 deadly force investigations.  The SRT's primary responsibility was to gather all the facts pertaining to the force encounter.  This included conducting interviews of officers, witnesses and suspects; preparing and executing search warrants and communication data warrants; analyzing crime scene examinations and photographs; submitting evidence for testing, preparing concise and detailed reports; testifying in Grand Jury, hearings, and trials; and ultimately preparing the entire investigation for legal reviews.

**Feb. 2020 to Aug 2020:      Major Crime South Unit / Detective Sergeant First Class / Asst. Unit**
**July 2017 to Sept. 2019:    Supervisor**

I was the Assistant Unit Supervisor for the Major Crime South Unit where I was responsible for supervising two investigative squads of detectives.  It was my responsibility to ensure all squads had the appropriate staffing and resources needed to be able to conduct thorough homicides investigations, suspicious deaths, and officer involved shooting investigations.  I acted as the liaison between the command staff and the case detectives, met with the Attorney General's Office concerning the Shooting Response Team, and other administrative duties.  I prepared and authored the Shooting Response Team Officer Involved Shooting and In-Custody Death Investigation Manual.  I have testified dozens of times in court for complex investigations that resulted in convictions.

**September 2019 to February 2020:     Violent Crime Unit / Assistant Unit Head**

I was assigned as the Assistant Unit Supervisor for the Violent Crime Unit where unit members were assigned to federal task forces throughout the State of New Jersey with the Alcohol, Tabaco, Firearms, and Explosives (ATF).  I assisted unit detectives with weapons trafficking investigations, ensured all National Integrated Ballistic and Identification Network (NIBIN) matches were investigated to determine that serial shooters were identified.  I mentored unit detectives on all facets of investigations and legal processes, and assisted with any administrative duties as needed.

**January 2018 to July 2018:      Training Bureau / Criminal Science Unit (Temporary Assignment)**

I was temporarily assigned to the Criminal Science Unit at the New Jersey State Police Training Bureau as an instructor for the 158th State Police recruit class which trained from January 29th, 2018 to July 13, 2018.  I

instructed State Police recruits on the New Jersey Criminal Code, Constitutional Law, and Basic Criminal Investigations. Due to my long tenured experience in the Major Crime South Unit, I also lectured on Use of Deadly Force and Officer Involved Shootings. I assisted State Police recruits in scenario-based learning and provided lecture on all functions of being a State Trooper.

**March 2014 to July 2017**: **Major Crime South Unit / Detective Sergeant / Squad Supervisor**

I was assigned as the South Squad Supervisor in the Major Crime South Unit where I was responsible for case managing homicides, suspicious death cases, and officer involved shooting investigations. It was my duty to ensure all assignments were thoroughly completed and documented in the investigation reports. It was imperative that all evidence was properly collected, documented, and submitted for testing. I supervised several detectives where I mentored their growth within the Division so they could properly conduct these investigations. The Major Crime South Unit often corroborated with outside agencies and other State Police units to solve these complex and high-profile investigations. It was my responsibility to coordinate these efforts to bring the investigations to a successful conclusion.

**September 2006 to March 2014:** **Major Crime South Unit / Detective**

My duties and responsibilities while assigned to this unit included investigating suspicious deaths, homicides, police involved shootings, and other duties assigned by the command staff. I prepared extensive search warrants, communication data warrants, and wiretap orders. I also conducted witness and suspect interviews, analyzed cell phone records and data, and interpreted evidence collected at the scene. I was also tasked with working with other agencies to assist with these investigations. I testified in court dozens of times for trials and motions

**January 2006 to September 2006**: **Digital Technology Investigation Unit / Detective**

My duties and responsibilities while assigned to this unit included investigating crimes against children, specifically, the possession and distribution of child pornography. I prepared several search warrants and communication data warrants, and I conducted several interviews which led to the confession of several suspects for the above-mentioned crimes. Being a member of this unit required the attendance of rigorous computer training and the understanding of how computers analyzed data and the recovery of stored and deleted data.

**July 2005 to January 2006**: **Intelligence Center Unit (Temporary Assignment)**

My duties and responsibilities while assigned to this unit included supervising intelligence reports prepared by other law enforcement personnel. I conducted database searches attempting to gather intelligence of suspected criminals and forward the information to the appropriate agency.

**December 2004 to July 2005**: **Tactical Patrol Unit**

My duties and responsibilities while assigned to this unit included proactive patrol in high crime areas, conducting motor vehicle stops, and drug interdiction. I arrested several individuals relating to narcotic investigations and New Jersey wanted persons. The unit included arresting a high degree of persons for driving while intoxicated.

**March 2004 to June 2004**:         **Criminal Investigation Office (Temporary Assignment)**

My duties and responsibilities while assigned to this unit included conducting complex criminal investigations which included sexual assaults, thefts, burglaries, and narcotics. I authored search warrants and court orders, interviewed witnesses and suspects, and prepared concise reports. I assisted the station detectives with bringing ongoing criminal investigations to a successful conclusion while assisting outside law enforcement agencies.

**June 2004 to October 2004**:        **Alcohol Beverage Control Unit (Temporary Assignment)**

My duties and responsibilities while assigned to this unit included conducting retail inspections on licensed premises and working in an undercover capacity. These investigations involved alcohol, narcotics, and gambling investigations under Title 33 & Title 13.

**April 2001 to December 2004**:       **Bellmawr Station / Port Norris Station / Woodbine Station**

My duties and responsibilities while assigned to these stations as a Road Duty Trooper included conducting motor vehicle accident investigations, criminal investigations, patrol of the station areas, and other duties as needed for the general public. I gained a vast knowledge of conducting criminal investigations and attempted to identify confidential informants. I prepared several narcotic search warrants that led to the recovery of a substantial amount of narcotics and U.S. currency.

**Education:**

**Master of Science Degree, Criminal Justice Administration**
Western New England College - Springfield, Massachusetts     October 1998

**Bachelors of Arts Degree, Criminal Justice**
Curry College - Milton, Massachusetts     May 1997

**Associate in Science Degree, Law Enforcement**
Massasoit Community College - Brockton, Massachusetts     June 1995

**Commendations / Awards:**

| | |
|---|---|
| New Jersey State Police / Letter of Recognition | March 2018 |
| Meritorious Service Award / 200 Club of Burlington County | February 2018 |
| New Jersey State Police / Unit Certificate of Commendation | September 2017 |
| New Jersey State Police / Letter of Commendation | July 2017 |
| New Jersey State Police / Unit Certificate of Commendation | March 2017 |
| New Jersey State Police / Unit Certificate of Commendation | March 2016 |
| **New Jersey State Police / Trooper of the Year** | December 2015 |
| Burlington County Pro Cops Award | August 2015 |
| New Jersey State Police / Unit Certificate of Commendation | April 2014 |
| New Jersey State Police / Unit Certificate of Commendation | October 2009 |
| Attorney General's Award | December 2008 |

## 2015 New Jersey State Trooper of the Year Award

    During the calendar year of June 30, 2014 to July 1, 2015, I led and supervised six homicide investigations with a 100% solve rate. I also supervised and assisted on over two dozen suspicious death investigations which included recovered human remains, suicides, infant deaths, and a suspected poisoning. I also assisted as part of the Attorney General's Shooting Response Team with eight investigations where a member of law enforcement utilized deadly force during the course of their duties. All these investigations were complex, high profile, and very demanding.

## Trooper Coach Program

| | | |
|---|---|---|
| 133rd State Police Class | Trooper James Laspada #6303 | October 2003 |
| 135th State Police Class | Trooper Matthew Peeke #6375 | September 2004 |

    I was a Trooper Coach / Training Officer for the above-mentioned Troopers. I instructed them in all facets of their job function such as motor vehicle accidents and enforcement, conducting criminal investigations, administrative duties, courtroom testimony and preparation, and report writing. Both Troopers successfully completed the training program and have advanced in their respective careers.

### Use of Force Specialized Training

| | |
|---|---|
| Police Involved Shooting Investigations<br>Public Agency Training Council | January 2011 |
| Force Science Analyst Certification Course<br>Force Science Institute | April 2012 |
| Monadnock Expandable Baton Course<br>New Jersey State Police | May 2012 |
| PR-24 Instructor School<br>New Jersey State Police | October 2012 |
| Investigating Officer Involved Shootings<br>Homicide Training.com | May 2014 |
| Investigating Officer Involved Shootings<br>South Bay Regional Public Safety Training Consortium | May 2015 |
| Internal Affairs - Investigating Officer Involved Shootings<br>Benchmark Professional Services | October 2015 |
| Force Science Body Camera Class<br>Force Science Institute | February 2016 |
| Advanced Specialist Training on Force Encounters<br>Force Science Institute | August 2016 |
| Constitutional Use of Force<br>Caliber Press | May 2017 |

| Course | Date |
|---|---|
| Force Encounters Analysis Training<br>California Training Institute (Human Performance Institute) | October 2017 |
| Use of Force Instructor Training Program<br>Federal Law Enforcement Training Center | September 2018 |
| Defensive Tactics Instructor Course<br>Atlantic County Police Academy | August 2019 |
| Monadnock Expandable Baton Instructor Course<br>Atlantic County Police Academy | September 2019 |
| Police Use of Force Tracking, Trending, & Investigation<br>Lockup Police Training Systems | October 2019 |
| Investigating Officer Involved Shootings<br>Instruq | April 2020 |
| Legal Issues for Use of Force Instructors<br>Texas A&M Engineering Extension Service | April 2020 |
| Firearms Instructor Course<br>New Jersey State Police | October 2020 |
| Use of Force Workshop<br>J. Harris Academy of Police Training | October 2020 |
| Dangerous Restraint Techniques<br>Public Agency Training Council | January 2021 |
| The Psychology of Deadly Force Encounter<br>The Association of Force Investigators | February 2021 |
| Succeeding as an Expert<br>The Association of Force Investigators | May 2021 |
| Legal Considerations in Use of Force Investigations<br>The Association of Force Investigators | July 2021 |
| Integrating Communications, Assessment & Tactics (ICAT)<br>Police Executive Research Forum / New Jersey State Police | September 2021 |
| Integrating Communications, Assessment & Tactics (ICAT)<br>Instructor Training / Train the Trainer<br>Police Executive Research Forum / New Jersey State Police | September 2021 |
| Use of Force in Corrections Settings<br>The Association of Force Investigators | October 2021 |
| Officer Involved Shooting Investigations,<br>Shooting at Motor Vehicles<br>Legal and Liability Risk Management Institute | November 2021 |

| | |
|---|---|
| Perception Response Times for Officer Involved Shootings<br>The Association of Force Investigators | November 2021 |
| Updated NJ Attorney General Guidelines on Use of Force<br>New Jersey State Police | December 2021 |
| The Theory of Defendant Created Jeopardy<br>The Association of Force Investigators | January 2022 |
| Role, Purpose, and Function in the Investigation and Review of Critical Incidents<br>The Association of Force Investigators | March 2022 |
| Learning vs Performance: The Importance of Skill Transfer in Law Enforcement<br>The Association of Force Investigators | May 2022 |
| Duty to Intervene<br>The Association of Force Investigators | July 2022 |
| Verbal De-escalation and Crisis Communication Skills<br>Legal Liability / Risk Management Institute | September 2022 |
| Force on Force Instructor Course<br>New Jersey State Police | September 2022 |
| Information, Perception, Attention, Action, and Memory<br>The Association of Force Investigators | September 2022 |
| Memory in Critical Incidents<br>The Association of Force Investigators | November 2022 |

## **Active Shooter / Critical Incident Training**

| | |
|---|---|
| Law Enforcement Active Shooter Emergency Response (LASER)<br>Academy of Counter-Terrorist Education | August 2018 |
| Tactical Emergency Casualty Care for Rescue Task Force<br>School of Medicine & Health Sciences | November 2018 |
| Active Shooter Exercise Development Workshop<br>Texas A&M Engineering Extension Service | June 2019 |
| Active Shooter Incident Management<br>C3 Pathways | June 2019 |
| Campus Emergency Response & Recovery to Active Shooter<br>Academy of Counter-Terrorist Education | October 2019 |

| | |
|---|---|
| Civilian Response to Active Shooter Events Instructor<br>Texas A&M Engineering Extension Service | July 2020 |
| Active Event Response Leadership<br>Texas A&M Engineering Extension Service | July 2020 |
| Active Shooter Preparedness Workshop<br>Cybersecurity & Infrastructure Security Agency | January 2021 |
| Crisis Management for School Bases Incidents<br>Rural Domestic Preparedness Consortium | August 2021 |
| Surviving an Active Threat: Run, Hide Fight<br>Academy of Counter-Terrorist Education | September 2021 |
| Surviving an Active Threat: Run, Hide Fight - Train the Trainer<br>Academy of Counter-Terrorist Education | September 2021 |
| Active Shooter Incident Management – Advanced Course<br>C3 Pathways | November 2021 |
| Active Shooter/Threat Instructor Training Program<br>Federal Law Enforcement Training Center | January 2022 |
| Prevent & Respond – Effectively Counter Terrorism<br>State & Local Anti-Terrorism Training | May 2022 |
| Understanding & Planning for School Bombing Incidents<br>New Mexico Tech | May 2022 |
| Active Threat, Active Shooters, and Barricaded Subjects<br>Legal Liability / Risk Management Institute | August 2022 |

## **Leadership / Incident Command**

| | |
|---|---|
| First Line Supervision School<br>New Jersey State Police | November 2013 |
| Mid-Level Management and Leaders Course<br>New Jersey State Police | December 2017 |
| Introduction to Incident Command System IS-100<br>Emergency Management Institute | March 2020 |
| Basic Incident Command System for Initial Response IS-200<br>Emergency Management Institute | March 2020 |
| Intro. to the National Incident Management System   IS-700<br>Emergency Management Institute | April 2020 |

An Introduction to the National Response Framework IS-800    April 2020
Emergency Management Institute

## Other Specialized Training

Traffic in Law Enforcement    May 2002
New Jersey State Police

Certified Breathalyzer Operator    February 2003
New Jersey State Police

Advanced Domestic Violence School    May 2003
Division of Criminal Justice

Trooper Coach Training    June 2003
New Jersey State Police

Standardized Field Sobriety Tests / HGN School    July 2003
New Jersey State Police

Criminal Investigations School    January 2004
New Jersey State Police

Behavior Assessment Screening System Workshop    April 2004
Office of Counter Terrorism

Methods of Instruction    October 2004
Cape May Counter Prosecutor's Office

Certified Alcotest 7110 MKIII-C Operator    March 2005
New Jersey State Police

Drug Evaluation and Classification Training    April 2005
New Jersey State Police

Interview and Interrogation School    April 2005
New Jersey State Police

High Technology Investigations School    November 2005
New Jersey State Police

Basic Data Recovery and Acquisition    April 2006
National White Collar Crime Center

Encase- Introduction to Computer Forensics    May 2006
Guidance Software

Expert Testimony School    May 2006
Northeast Counter Drug Training Center

Crimes Against Children Conference    August 2006
Dallas Children's Advocacy Center

| | |
|---|---|
| Basic Surveillance School<br>Federal Bureau of Investigations | September 2006 |
| Effective Death Investigation School<br>Morris County Police Academy | October 2006 |
| Serial Killers, Serial Crimes Symposium<br>Henry Lee Institute | April 2007 |
| Advanced Homicide Investigation Conference<br>New Jersey State Police | June 2007 |
| Delaware State Police Annual Homicide Conference<br>Delaware State Police | November 2006 |
| Cold Case Homicide Investigations<br>MAGLOCLEN | August 2007 |
| Sex Crimes Investigations<br>Gloucester County Prosecutor's Office | February 2008 |
| Annual Impaired Driving Conference<br>International Association of Chiefs of Police | August 2008 |
| Conducting Death & Homicide Investigations<br>Homicide Training.com | November 2008 |
| Basic Homicide Investigation School<br>Mercer County Prosecutor's Office | December 2008 |
| Symposium on Alcohol and Drug Impaired Driving Enforcement<br>Institute of Police Technology & Management | June 2009 |
| Child Fatality Investigation School<br>Gloucester County Police Academy | October 2009 |
| Drug Recognition Instructor<br>New Jersey State Police | May 2010 |
| Cellular Survey and Geo Location Course<br>Federal Bureau of Investigations | June 2012 |
| Police Medicolegal Investigation of Death<br>Miami Dade Medical Examiner's Office | December 2012 |
| Shaken Baby Syndrome and Child Abuse Training<br>Ocean County Prosecutor's Office | April 2015 |
| International Homicide Investigator's Association Conference<br>International Homicide Investigator's Association | July 2016 |

| | |
|---|---|
| Basic Internal Investigations School<br>New Jersey State Police | April 2017 |
| New York State Police Homicide Conference<br>New York State Police | September 2017 |
| Academy Instructor Certification Course<br>New Jersey State Police | January 2018 |
| Physical Conditioning Instructor Course<br>New Jersey State Police | February 2018 |
| The Dark Web for Law Enforcement<br>New York – New Jersey HIDTA | October 2018 |
| Successful Use of Social Media in Criminal Investigations<br>New Jersey Regional Intelligence Academy | October 2018 |
| Preventing Homegrown Violent Extremism<br>Global Peace Foundation | November 2018 |
| Protective Measures Course<br>Office of Bombing Prevention | December 2018 |
| Fundamentals of Criminal Intelligence<br>Academy of Counter-Terrorist Education | January 2019 |
| Domestic and Sexual Violence Suspect Interview Techniques<br>Strand Squared LLC | February 2019 |
| Intelligence Collection Course<br>New Jersey Office of Homeland Security | April 2019 |
| Crisis Intervention Training<br>New Jersey Department of Health | November 2022 |

## Emergency Management Training

| | |
|---|---|
| Jurisdictional Threat, Risk Management and Threat Assessment<br>Texas A&M Engineering Extension Service | October 2018 |
| Critical Infrastructure Security and Resilience Awareness<br>Texas A&M Engineering Extension Service | March 2019 |
| Critical Asset Risk Management<br>Texas A&M Engineering Extension Service | July 2019 |
| Advanced Critical Infrastructure Protection<br>Texas A&M Engineering Extension Service | October 2019 |

## Instruction Provided

## Investigating Officer Involved Shootings

Investigating Officer Involved Shootings
Ocean County Prosecutor's Office                                      August 2014

Investigating Officer Involved Shootings
New Jersey Homicide Investigator's Association                        October 2014

Investigating Officer Involved Shootings
Cape May County Prosecutor's Office                                   November 2014

Investigating Officer Involved Shootings
Cape May County Prosecutor's Office                                   June 2015

Investigating Officer Involved Shootings
Camden County Prosecutor's Office                                     August 2015

Investigating Officer Involved Shootings
Camden County Prosecutor's Office                                     August 2015

Investigating Officer Involved Shootings
Union County Prosecutor's Office                                      September 2015

Investigating Officer Involved Shootings
Gloucester County Prosecutor's Office                                 October 2015

Investigating Officer Involved Shootings
Union County Chief's Association                                      November 2015

Investigating Officer Involved Shootings
Gloucester County Internal Affairs Bureau                             May 2016

Investigating Officer Involved Shootings
Camden County SWAT Team                                               June 2016

Investigating Officer Involved Shootings
Salem County Prosecutor's Office                                      June 2016

Investigating Officer Involved Shootings
Middlesex County Prosecutor's Office                                  August 2016

Investigating Officer Involved Shootings
New Jersey Assistant Prosecutor's Association                         October 2016

Investigating Officer Involved Shootings
Massachusetts State Police                                            December 2016

Investigating Officer Involved Shootings

Massachusetts State Police                          December 2016

Investigating Officer Involved Shootings
Union County Prosecutor's Office                    September 2018

Investigating Officer Involved Shootings
Hunterdon County Prosecutor's Office                November 2018

Investigating Officer Involved Shootings
Mass. State Police Homicide Conference              October 2019

Investigating Officer Involved Shootings
Burlington County Internal Affairs Association      November 2019

Investigating Officer Involved Shootings
Monmouth County Prosecutor's Office                 November 2019

## **Understanding Officer Involved Shootings / Critical Incidents for Supervisors**

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors                 December 2014

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors                 January 2015

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors                 April 2016

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors                 January 2017

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Attorney General's Leadership School                March 2017

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Attorney General's Leadership School                May 2017

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors                 September 2017

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Attorney General's Leadership School                January 2018

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors                 February 2018

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Local Police First Line Supervisors                 April 2018

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Local Police First Line Supervisors                 October 2018

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors	November 2018

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Local Police First Line Supervisors	February 2019

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors	March 2019

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors	March 2019

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Attorney General's Leadership School	May 2019

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
Local Police First Line Supervisors	June 2019

Understanding Officer Involved Shootings / Critical Incidents for Supervisors
State Police First Line Supervisors	November 2019

Officer Involved Shootings / Use of Deadly Force
Division of Criminal Justice Recruit Class	April 2018

Officer Involved Shootings / Use of Deadly Force
Division of Criminal Justice Recruit Class	March 2019

## **Use of Force / Standard of Force**

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	February 2019

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	September 2019

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	November 2020

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	December 2020

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	April 2021

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	June 2021

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class	January 2022

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class                October 2022

Use of Force / Standard of Force
Atlantic County Police Academy Recruit Class                October 2022

**Associations:**

Member/Past President of the New Jersey Homicide Investigator's Association
Member of the Association of Force Investigators
Member of the Ergonomics and Human Factors Society
Member of the International Association of Chiefs of Police

**Addition Expertise/Interests:**

**Research:**

     I am currently conducting my own research into the physiological effects pertaining to officer involved shootings. This research involves contacting Police Officers/Troopers who have been involved in discharging their weapon during the course of their duties in a deadly force situation. My intention is to collect statistical data involving these effects Police Officers/Troopers experienced during their critical incidents. Afterward, I intend to have the data published outlining what these effects have on the outcome of the investigation. These physiological effects are crucial to investigators and prosecutors as to how to interpret certain aspects of the officer involved shooting as it relates to forensics collected at the scene and the statement/interviews provided by the involved Police Officers/Troopers.

**Lecture:**

     I have developed a lecture in the area of investigating Officer Involved Shootings. I have provided outside law enforcement agencies with this instruction with the intent of being recognized as an expert in this field. This training consists of learning the standard of force, the human factor science during critical incidents, and how to investigate officer involved shootings. I have assisted with the investigation of close to 100 officer involved shootings/deadly force incidents. I have received several Letters of Appreciation from several Law Enforcement agencies pertaining to the lecture that I have provided. I have instructed on the topic of Supervisor's Response to an Officer Involved Shooting to the New Jersey State Police First Line Supervision School, the New Jersey State Police Outside Agency Leadership School, and the Office of the Attorney General's Delta Leadership School. I have also instructed on the standard of force at the Atlantic County Police Academy to police trainees on use of force. This included the State of New Jersey Criminal Code and Office of the Attorney General's Policy on Use of Force.

**Expertise:**

     I have been recognized as an expert on fifteen (15) separate occasions in various municipal courts in southern New Jersey as a certified and trained Drug Recognition Expert in the area related to drug impaired drivers. I have testified several times as an expert in this field.

Last Updated 3/21/2023