**Keith West <keith@victimrecoverylaw.com>**

## ALVARADO v. COP, et al. [JOINT STATEMENTS]

**Keith West** <keith@victimrecoverylaw.com>                              Wed, Aug 7, 2024 at 8:40 AM
To: Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov>
Cc: "davidthiruselvam@yahoo.com" <davidthiruselvam@yahoo.com>, Emily Hoff <Emily.Hoff@phila.gov>

The CVs for Glenn Garrels and Dr. Veronique Valierie are attached hereto. Can you be more specific re "underlying documents" that you request?  For a discussion of the trial stuff, David and I will be on vacation from 8/9 to 8/24.  I will be in Brazil and he will be in Australia.  Although a Sunday, do you have any availability on 8/25? The next day I am free is Tuesday, 8/27.

Best wishes,


**Keith West**

**Attorney**
**VICTIMS' RECOVERY LAW CENTER**
**3650 Winding Way, Suite 200**
**Newtown Square, Pennsylvania 19073**

**215-546-1433 - Phone**

**215-644-8754 - Fax**

**keith@victimrecoverylaw.com**


On Tue, Aug 6, 2024 at 1:39 PM Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov> wrote:
[Quoted text hidden]

---

**2 attachments**

 **Valliere CV.pdf**
176K

 **Garrels CV.pdf**
160K