IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| CITY OF PHILADELPHIA, P/O JAMES ASHFORD, P/O JOSHUA BURKITT, SGT. MICHAEL CERRUTI, P/O ERIC CLARK, P/O MATTHEW FITZPATRICK, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O HERIBERTO QUINTANA, P/O PHILLIP RIOTTO, P/O RIVERA, P/O PATRICK SABA, P/O CYPRIAN SCOTT, P/O EDWARD SONG | : | |

# **ORDER**

**AND NOW**, this 19th day of September 2024, upon considering defendants' motions (DI 72, 73), it is **ORDERED** plaintiff shall respond to defendants' motions (DI 72, 73) no later than **8:00A.M.** on **September 20, 2024**. We will commit to providing a ruling the same day.

_____
MURPHY, J.