IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FELISHATAY ALVARADO | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 22-3763 |
| CITY OF PHILADELPHIA, P/O JAMES ASHFORD, P/O JOSHUA BURKITT, SGT. MICHAEL CERRUTI, P/O ERIC CLARK, P/O MATTHEW FITZPATRICK, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O HERIBERTO QUINTANA, P/O PHILLIP RIOTTO, P/O RIVERA, P/O PATRICK SABA, P/O CYPRIAN SCOTT, P/O EDWARD SONG | : | |

# ORDER

**AND NOW**, this 19th day of September 2024, upon considering defendants' motion to strike plaintiff's expert Glenn Garrels as a trial witness (DI 71), and plaintiff's opposition (DI 74), it is **ORDERED** defendants' motion to strike plaintiff's expert Glenn Garrels as a trial witness (DI 71) is **DENIED**.[1]

**MURPHY, J.**

---

[1] Defendants first argue that plaintiff failed to disclose Mr. Garrels's expert report by the October 27, 2023 deadline. DI 71 at 3. Plaintiff's opposition attaches the e-mail showing service on that day. DI 74-1. Presumably, that was an oversight by defense counsel. Next, defendants argue that Mr. Garrels's report did not include his CV or certain documents he relied upon. That is certainly a problem, but the remedy is not exclusion because defense counsel never raised this issue until 9 months later, in August 2024. DI 74-4. Defense counsel asked plaintiff's counsel for the CV and documents, and plaintiff's counsel provided the CV the next day. DI 74-7. Plaintiff's counsel also asked for clarification about the documents, but defense counsel apparently did not respond. *Id.* None of this was raised with the court until now, long after expert discovery and summary judgment, and after the deadline for pretrial motions — a few days before trial. Rule 37 exclusion at this stage is therefore inappropriate. Defense counsel may have interpreted my reference to Rule 37 as an invitation to file such a motion, and if I gave the impression that I had pre-decided the issue then that was my error. In light of the complete record, I must deny this motion.