**Gmail**

**Keith West <keith@victimrecoverylaw.com>**

# Alvarado - Plaintiff's Experts
2 messages

**Keith West** <keith@victimrecoverylaw.com>                    Mon, Oct 16, 2023 at 5:56 AM
To: Adam Zurbriggen <Adam.Zurbriggen@phila.gov>, Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov>
Cc: Katherine Prettyman <katherine@victimrecoverylaw.com>, Courtney Kitcherman <courtney@victimrecoverylaw.com>,
David Thiruselvam <david@victimrecoverylaw.com>

Dear Adam and Jonah,

Plaintiff's experts in this case will be Glenn Garrels and Dr. Veronique Valierie. Their reports will be
provided by the Court's deadline.

Best wishes,


**Keith West**

**Attorney**
**VICTIMS' RECOVERY LAW CENTER**
**121 South Broad Street, 18th Floor**
**Philadelphia, Pennsylvania 19107**

**215-546-1433 - Phone**

**215-644-8754 - Fax**

**keith@victimrecoverylaw.com**

---

**keith@victimrecoverylaw.com** <keith@victimrecoverylaw.com>          Fri, Oct 27, 2023 at 11:10 AM
To: Adam Zurbriggen <Adam.Zurbriggen@phila.gov>, Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov>
Cc: Katherine Prettyman <katherine@victimrecoverylaw.com>, Courtney Kitcherman <courtney@victimrecoverylaw.com>,
David Thiruselvam <david@victimrecoverylaw.com>


Dear Counsel,


Please find attached Plaintiff's expert reports from Glenn Garrels and Dr. Veronique Valliere.

[Quoted text hidden]

---

**2 attachments**

📄 **FINAL REPORT - V Valliere**
262K

📄 **FINAL REPORT - Glenn Garrels.pdf**
2071K