# Veronique Nicole Valliere, Psy.D.
726 Church Street, P.O. Box 864, Fogelsville, PA  18051
(610) 530-8392   FAX (610) 530-8940
Forensic Treatment Services, 732 Turner Street, Allentown, PA  18102
(610) 433-1529     FAX (610) 289-4883
www.vallierecounseling.com • drvalliere@vallierecounseling.com

## EDUCATIONAL HISTORY

January, 1993- Received Doctorate in Psychology, Clinical Psychology.  Department of Clinical Psychology, Graduate School of Applied and Professional Psychology, Rutgers, The State University, Piscataway, NJ.  08854.  APA Accredited program.

May, 1987 - Bachelor of Arts degree, **Magna cum laude.**  Psychology, St. Mary's College of Maryland, St. Mary's City, MD.

## AREAS OF EXPERTISE

- Sexual offenders - behavioral analysis, risk assessment, rehabilitative potential, treatment, and management.  Evaluations and/or treatment of well over 2000 offenders.
- Victims of interpersonal violence (sexual assault and physical abuse), both child and adult - victim response to assault, factors impacting victim behavior, disclosure, "counterintuitive" behavior, offender influence over victim, treatment, and impact of assault.  Worked with hundreds of victims and educated about victim response through work with perpetrators.
- Domestic violence – perpetrators and victims, relationship/abuse dynamics, risk of recidivism and lethality, impact on children, and treatment.  Works with hundreds of offenders in outpatient violence intervention, as well as victims.

## LICENSURE/MEMBERSHIPS

- Licensed by Commonwealth of Pennsylvania as Psychologist.  May, 1995.
- Authorized for PsyPact, interstate compact for telehealth practice across over 30 states.
- Listed in National Register of Health Services Providers in Psychology since 2003.
- Board Member, Lasso Safe, non-profit for psychological, physical, and sexual safety for athletes
- Member of the American Psychological Association.  January, 1994 - present.
- Clinical Member of the Association for the Treatment of Sexual Abusers.  July, 1995 - present.
- Member, American Professional Society on the Abuse of Children, April, 2012 – present.
- Committee Member of the Pennsylvania Sexual Offender Management Team.  October, 2005 – May, 2007.
- Member, Committee Chair, Lehigh Valley Task Force Against Sexual Abuse.  Sept., 1993 - March, 1996.

## RELEVANT PUBLICATIONS

- Valliere, V. N. (2023).  Unmasking the Sexual Offender.  Routledge Press.
- Valliere, V. N. (2023).  Current issues in understanding sexual victimization.  In R. Lovell & J. Langhinrichsen-Rohling (Eds.) Sexual Assault Kits and Reforming the Response to Rape.  Routledge Press.
- Valliere, V. N. (2019).  Understanding Victim Response to Interpersonal Violence.  Routledge Press.
- Ryan, B. & Valliere, V. (in press).  Successful Prosecution of Intimate Violence:  Making it Offender-Focused.  Routledge Press.

## HONORS/APPOINTMENTS/ACHIEVEMENTS

- Appointed to the Pennsylvania State Board to Assess Sexually Violent Predators by Pennsylvania Governor Thomas Ridge. Four year appointment. June, 1997. *Continuously reappointed since original appointment.*
- Expert used in Commonwealth v. William Cosby
- Tedx Talk – "Sexual Assault and the V Word," September 9, 2016.
- Appeared on national news media – "PBS News Hour" and "CBS Morning Show"
- Awarded the Albert Nelson Marquis Lifetime Achievement Award in 2019
- Provided training to the FBI on Sexual Offenders and the DOJ on Counterintuitive Victim Behavior.
- Provided training for the National Advocacy Center (NAC), Charleston, SC
- Provide training for the Bureau of Indian Affairs on perpetrators and victims.
- Consulted/trained the Department of Defense on Sexual Assault at the Military Academies.
- Served as an expert witness in over 100 courts martials for all branches of the military.
- Provide training to the ARMY for new prosecutors on sexual offenders and victim behavior, as well as presented at USAEUR Sharp Conference and for TJAG Graduate Courses in Charlottesville.
- Presented trainings on perpetrators and victims for Alberta Crown Prosecutors, Ontario Police, and RCMP in Toronto.
- Co-lead a national webinar on "Explaining Victim Behavior in Sexual Assault Cases: Deciding When and Understanding How to Introduce Expert Testimony," sponsored by Battered Women's Justice Project and AEquitas.
- Participated in re-writing <u>Interviewing Child Victims and Witnesses of Sexual Abuse,</u> a Department of Justice Publication, 2012 (in press).
- Expert Witness used for one of the "Top 100 Verdicts of 2010," involved in 25 million dollar jury award to victim of sexual assault.
- Testified during a public hearing to the Pennsylvania House Judiciary Committee on House Bill 2255, on use of expert testimony to explain victim behavior. September 8, 2010.
- Testified in front of the U.S. Congress during a HEARING OF THE NATIONAL SECURITY AND FOREIGN AFFAIRS SUBCOMMITTEE OF THE HOUSE OVERSIGHT AND GOVERNMENT REFORMS COMMITTEE SUBJECT: SEXUAL ASSAULT IN THE MILITARY PART III: CONTEXT AND CAUSES, June 25, 2009.
- Presented the award for "Outstanding Community Provider" from Pennsylvania Coalition Against Rape, 2007.
- Trained nationally and internationally on sexual offenders, domestic violence, and victims and victim behaviors.
- Board of Directors, Edison Court Inc., which includes Mathom House – residential adolescent sexual offender treatment and Raven Hill Psychological Services from 2009 - 2014.
- Provided training on sexual offenders to the Department of Defense Task Force Against Sexual Assault in Alexandria, Virginia. Used as a trainer for the military TCAP Trial Advocacy Training (2006 – present).
- <u>Prison Rape Elimination Act</u> Curriculum Development Committee Member (2007 – 2009)
- Qualified as an expert witness in the field of clinical and forensic psychology, child abuse, sexual abuse, trauma and victimization, and assessment and evaluation of sexual offenders in the following counties in Pennsylvania: Lehigh, Northampton, Berks, Bucks, Butler, Montgomery, Philadelphia, Carbon, Monroe, Pike, Northumberland, Schyulkill, Lackawanna, Luzerne, Lancaster, Cambria, Franklin, Fulton, Mercer, Centre, Columbia, York, Allegheny.
- Used as an expert witness in sexual offenders, victims, and sexual abuse in Pennsylvania, New Jersey, Texas, Wyoming, Germany, Italy.
- Graduated ***magna cum laude***, St. Mary's Honors Student, St. Mary's Scholar. May, 1987.
- Keynote Speaker for the Child Abuse Prevention Month Kick-Off Celebration, April, 1999.
- Nominated and Selected for "Who's Who in American Universities and Colleges, 1986".
- "Division Award in Human Development," presented to student in psychology who has given the most to the department of psychology/human development and demonstrates the most promise for

- the field. May, 1987.
- "Dean's Award for Contribution to Student Life," presented to the Doctor of Psychology Student who has done the most to foster and enhance the quality of life at the Graduate School of Applied and Professional Psychology. May, 1990.
- Interviewed and quoted in a number of popular magazines, including <u>The Atlantic,</u> <u>People,</u> <u>Self,</u> <u>Good Housekeeping,</u> and <u>New York Times.</u>

## EMPLOYMENT HISTORY and TRAINING EXPERIENCE

**President/Owner**, Valliere & Counseling Associates, Inc., Fogelsville and Allentown, PA. Owns and operates two outpatient treatment facilities. Valliere & Counseling Associates is an outpatient treatment facility for victimization and other mental health issues, serving children, adolescents, and adults. Provides administration, supervision, assessment and therapy. Forensic Treatment Services is an outpatient violent offender program, treating perpetrators of sexual and intimate abuse. Provides evaluation, treatment, supervision, management, and consultation. March, 2003 – present.

**Clinical Assistant Professor** – Philadelphia College of Osteopathic Medicine, Philadelphia, PA. Provide clinical training to pre-doctoral students in pre-doctoral practicum placement. 2014 – present.

**Consultant/Trainer** – Fox Valley Technical College/Amber Alert Training. Provide trainings and consult with Amber Alert staff on victims and perpetrators. 2012 – present.

**Consultant,** Aequitas – The Prosecutor's Resource on Violence Against Women. Train prosecutors on sexual offenders and victims, including non-intuitive victim behavior and trauma nationally. September, 2009 – 2013.

**Faculty,** National Center for the Prosecution of Sexual Violence, American Prosecutor's Research Institute, Virginia. Travel throughout the country to assist in training nation's prosecutor's in the prosecution of sexual crimes. Lecture about sexual offenders, dealing with victim's, understanding sexual offense patterns, and assist in skill building exercises for trials with prosecutors. March, 2006 – Summer, 2009.

**Consultant**, Archdiocese of Philadelphia, Philadelphia, PA. March, 2007 – February, 2010.

**Consultant/Trainer** – Pennsylvania State Board of Probation and Parole – February, 2009 – June, 2009. Trained hearing examiners and Parole Board Members on identifying and interviewing violent offenders to facilitate improved risk assessment and release decisions.

**Psychologist**, Private Practice, Fogelsville, PA. Providing therapy and assessments. August, 1996 – February, 2003 (see above).

**Director of Outpatient Services**. Confront and Forensic Treatment Services, Allentown, PA. Promoted to full directorship and supervision of Confront, a mental health/drug and alcohol outpatient program and Forensic Treatment Services, an outpatient sex offender treatment program. Maintained responsibilities of clinical supervisor role. Additionally, performed fiscal management, supervised operations management, supervised contract therapeutic staff, and performed various administrative tasks. October, 1994 – February, 2003.

**Clinical Consultant**, Mentor Network. Providing clinical consultation for treatment and assessment of sexually aggressive youth in foster care. June, 2002 – 2004.

**Clinical Director**, Confront, Allentown, PA. Promoted to full directorship and supervision of Confront. Maintained responsibilities of clinical supervisor role. April, 1994 - October, 1994.

**Clinical Supervisor**, Confront, Allentown, PA.  Provide individual and group therapy for substance abusers, victims of sexual abuse, sex offenders, and domestic violence perpetrators in an outpatient setting. May, 1993 - April, 1994.

**Predoctoral Intern**, The Brandywine Center, Devereux Foundation, Glenmoore, PA. APA approved internship site.  September, 1991 - September, 1992.

**Visiting Faculty**, Princeton University, Princeton, NJ. February, 1990 - June, 1990.

## DOCTORAL DISSERTATION

"Relationships among alcohol abuse/dependency diagnoses, alcohol expectancies, and offenses in convicted sex offenders."

## PUBLICATIONS/POSTERS/PAPERS

- Ryan, B. & Valliere, V. (in press). <u>Successful Prosecution of Intimate Violence:  Making it Offender-Focused.</u>  Routledge Press.
- Valliere, V. N. (2023). <u>Unmasking the Sexual Offender</u>.  Routledge Press.
- Valliere, V. N. (2023).  Current issues in understanding sexual victimization.  In R. Lovell & J. Langhinrichsen-Rohling (Eds.) <u>Sexual Assault Kits and Reforming the Response to Rape</u>.  Routledge Press.
- Valliere, V. N. (2019).  <u>Understanding Victim Response to Interpersonal Violence</u>.  Routledge Press.
- Valliere, V. N. (2016)  <u>Toby Tries a Taco.</u>  Authorhouse.  (illustrated children's book)
- Valliere, V. N. (2007).  "Understanding the Non-Stranger Rapist."  <u>The Voice</u>, Volume 1, No. 11.  National District Attorneys Association.
- Valliere, V. N. (1997).  Relationships between alcohol use, alcohol expectancies, and sexual offenses in convicted offenders.  In Schwartz and Cellini (Eds.) <u>The Sexual Offender: Volume II</u>.  Kingston, NJ:  Civic Research Institute.
- Valliere, V. & Lessig, R. (1995, October 13).  Alcohol, sex offending, and treatment:  Examining the relationship between drinking and sex offending.  Poster presented at the 14th annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, New Orleans, LA.
- Valliere, V. N. (1994, October).  Responsibility as a therapeutic tool.  <u>The Interchange</u>, p. 10,12.
- Valliere, V. N. (1993, December).  Five ways psychoeducation can enhance your practice.  <u>The Interchange</u>, p. 4.
- Valliere, V. N. (1993, December).  Cognitive techniques with sexually abused clients.  <u>The Interchange</u>, p. 10.
- Valliere, V. N. (1993, October).  The surprising benefit of rituals for client healing  <u>The Interchange</u>, p. 4.
- Valliere, V. N. (1993, September).  How to keep yourself going.  <u>The Interchange.</u> p. 4.
- Valliere, V. N. (1993, August).  Is it really clinical depression?  <u>The Interchange</u>, p. 11.
- Valliere, V. N. (1993, August).  Using play therapy to diagnose problems.  <u>The Interchange</u>, p. 12.
- Glidden, L., Valliere, V. N., Herbert, S. L. (1988).  Adopted children with mental retardation:  Positive family impact, <u>Mental Retardation, 26,</u> 119 -125.
- Pettinati, H. M., Evans, B. D., Jensen, J., Meyers, K., Valliere, V., & Ergin, A. (1990, May, 16).  Cocaine abuse:  Changes in Axis-II with treatment.  Poster presented at annual meeting of American Psychiatric Association, New York.
- Meyers, K., Jaeger, J. L., Valliere, V. N., Jensen, J. M., Pettinati, H. M., Evans, B. D.,  & Sargiotto, P. (1990, June 11).  HIV-risk behaviors among a middle class population:  Adolescent and adult substance users.  Poster presented at the Annual Scientific Meeting of the Committee on Problems of Drug Dependence, Richmond, VA.
- Jensen, J. M., Pettinati, H. M., Evans, B. D., Meyers, K., & Valliere, V. N. (1990, June 13). Impulsivity and substance users:  Changes with treatment and recovery.  Poster presented at the Annual Scientific Meeting of the Committee on Problems of Drug Dependence, Richmond, VA.
- Jensen, J. M., Pettinati, H. M., Meyers, K., & Valliere, V. (1990, August 12).  Impulsivity and substance abusers:  State versus trait?  Paper presented at the annual meeting of the American Psychological  Association, Boston.

## TRAININGS/INSERVICES

*This list is not comprehensive. Dr. Valliere has trained for state wide forensic and judicial conferences and provided other trainings not listed below including*

*Founder and Organizer of* **"Right From the Start: Understanding, Investigating, and Intervening in Violence towards Women and Children" Conference**, held annually since 2010, Macungie, PA.

Trained/presented at the following national conferences
- Conference on Crimes Against Women, Dallas, TX
- Conference on Crimes Against Children, Dallas, TX
- Elimination of Violence Against Women, Dallas, TX
- Congress of the International Association of Law and Mental Health, Prague, Czech. (2017)
- National Advocacy Center, Charleston, SC

Trained for various agencies/associations in the following states/Districts: California, Colorado, Florida, Kentucky, Louisiana, New Jersey, Oregon, South Carolina, Texas, Wyoming, Washington, Washington DC.

Trained internationally on interpersonal violence in: Canada; St. Thomas; Czech Republic.

## OTHER RELEVANT EXPERIENCE

- Approved internship supervisor for: Bryn Mawr School of Social Work; Chestnut Hill University; Kutztown University; DeSales University; John Jay School of Criminal Justice; Marywood University; Philadelphia College of Osteopathic Medicine; Fairleigh Dickinson; and Lehigh University.
- Approved provider by the Pennsylvania Sexual Offenders Assessment Board to provide sexual offender treatment for Sexually Violent Predators.
- Appeared on numerous television broadcasts and radio shows addressing topics of domestic violence, teen dating violence, victim issues, and sexual offenders.
- Qualified to train on the administration of the Static-99 Actuarial Risk Instrument.
- Appeared on "Smart Talk: Public Awareness and Sexual Offenders" television broadcast on May 5, 2005 on WITF-TV.
- Provided training in the supervision and management of paroled sexual offenders to Philadelphia State Parole Special Unit agents
- Invited trainer for Pennsylvania Judges, Pennsylvania Polygraph Association, Pathways Conference, Forensic Nursing Conference, Forensic Mental Health Conference, and numerous other organizations.