

Keith West <keith@victimrecoverylaw.com>

## Alvarado v. City of Philadelphia et al

**Courtney Kitcherman** <courtney@victimrecoverylaw.com>  Tue, Oct 10, 2023 at 10:21 AM
To: Adam Zurbriggen <adam.zurbriggen@phila.gov>, Jonah Santiago-Pagan <Jonah.Santiago-Pagan@phila.gov>
Cc: David Thiruselvam <david@victimrecoverylaw.com>, Katherine Prettyman <katherine@victimrecoverylaw.com>, Keith West <keith@victimrecoverylaw.com>

Good afternoon Counsel,

Please see the attached notice of deposition and subpoena directed to the Records Custodian of Greater Philadelphia Health Action, Inc., for a records deposition scheduled for 10/18/2023 at 12:00 PM. We do not anticipate this deposition will be going forward however, we will promptly turn over any non privileged information contained in the subpoenaed documents once obtained.

Thank you,
--
**Courtney Kitcherman**
**Paralegal**
**THE VICTIMS' RECOVERY LAW CENTER**
**121 South Broad Street, 18th Floor**
**Philadelphia, Pennsylvania 19107**

**215-546-1433 - Phone**

**215-644-8754 - Fax**

courtney@victimrecoverylaw.com

---

📎 **Pkg with Proof of Service GPHA Records Dep10.10.23.pdf**
5867K