IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FELISHATAY ALVARADO | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 22-3763 |
| CITY OF PHILADELPHIA, P/O JAMES ASHFORD, P/O JOSHUA BURKITT, SGT. MICHAEL CERRUTI, P/O ERIC CLARK, P/O MATTHEW FITZPATRICK, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O HERIBERTO QUINTANA, P/O PHILLIP RIOTTO, P/O RIVERA, P/O PATRICK SABA, P/O CYPRIAN SCOTT, P/O EDWARD SONG | : | |

# ORDER

**AND NOW**, this 19th day of September 2024, upon considering defendants' motion to strike designation of expert Veronique N. Valliere as a trial witness (DI 72), and plaintiff's opposition (DI 80), it is **ORDERED** defendants' motion to strike designation of expert Veronique N. Valliere as a trial witness (DI 72) is **DENIED**.[1]

MURPHY, J.

---

[1] Defendants first argue that plaintiff failed to disclose Dr. Valliere's expert report by the October 27, 2023 deadline. DI 72 at 4. Plaintiff's opposition attaches the e-mail showing service on that day. DI 80-1. Presumably, that was an oversight by defense counsel. Next, defendants argue that Dr. Valliere's report did not include her CV or certain documents she relied upon. That is certainly a problem, but the remedy is not exclusion because defense counsel never raised this issue until 9 months later, in August 2024. DI 72-2. Defense counsel asked plaintiff's counsel for the CV and documents, and plaintiff's counsel provided the CV the next day. *Id*. Defense counsel clarified a few days later that he was seeking the documents that Dr. Valliere relied on and reviewed. *Id*. But then it is unclear what happened next. None of this was raised with the court until now, long after expert discovery and summary judgment, and after the deadline for pretrial motions — a few days before trial. Rule 37 exclusion at this stage is therefore inappropriate. Defense counsel may have interpreted my reference to Rule 37 as an invitation to file such a motion, and if I gave the impression that I had pre-decided the issue then that was my error. In light of the complete record, I must deny this motion.