IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| **CITY OF PHILADELPHIA, P/O JAMES ASHFORD, P/O JOSHUA BURKITT, SGT. MICHAEL CERRUTI, P/O ERIC CLARK, P/O MATTHEW FITZPATRICK, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O HERIBERTO QUINTANA, P/O PHILLIP RIOTTO, P/O RIVERA, P/O PATRICK SABA, P/O CYPRIAN SCOTT, P/O EDWARD SONG** | : | |

# **ORDER**

**AND NOW**, this 19th day of September 2024, in light of DI 71 and 72, it is **ORDERED** that to the extent that the parties have not exchanged each and every document that might be used at trial (except solely for impeachment), including documents relied upon or reviewed by experts in forming their opinions, that must happen **immediately**. Any documents not exchanged by 5:00 p.m. on Friday, September 20, 2024 will be precluded upon request (as will expert testimony relying upon them). The parties are also reminded to, no later than 12:00 p.m. on Friday, September 20, 2024, (i) file complete preliminary jury instructions with any remaining disputes highlighted with alternative language and any argument included; (ii) e-mail to chambers each side's top 5 (at most) most desired substantive voir dire questions.

MURPHY, J.