IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| **CITY OF PHILADELPHIA, P/O JAMES ASHFORD, P/O JOSHUA BURKITT, SGT. MICHAEL CERRUTI, P/O ERIC CLARK, P/O MATTHEW FITZPATRICK, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O HERIBERTO QUINTANA, P/O PHILLIP RIOTTO, P/O RIVERA, P/O PATRICK SABA, P/O CYPRIAN SCOTT, P/O EDWARD SONG** | : | |

# **ORDER**

**AND NOW**, this 23rd day of September 2024, upon considering plaintiff's motion for partial reconsideration (DI 86) of our September 19, 2024 order (DI 82), and for reasons stated on the record this morning, it is **ORDERED** plaintiff's motion for partial reconsideration (DI 86) is **DENIED**. It is further **ORDERED** that no later than **8:00p.m.** today, plaintiff shall produce to counsel for defendants – under the protective order (DI 17) **designated attorney's eyes only** – the data or materials related to the Personality Assessment Inventory or Trauma Symptom Inventory 2nd Edition testing that was performed by plaintiff's expert, Dr. Veronique N. Valliere.

_/s/ John F. Murphy_
**MURPHY, J.**