IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-3763** |
| | : | |
| **CITY OF PHILADELPHIA, P/O JOSHUA BURKITT, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O PATRICK SABA, P/O EDWARD SONG** | : | |

# ORDER

**AND NOW**, this 24th day of September 2024, it is **ORDERED** by **8:00P.M. tonight**, plaintiff shall provide defendants with a final exhibit list that is up to date with respect to exhibits already used, and lists any exhibits that plaintiff intends to seek to admit into evidence in this trial.

_____
**MURPHY, J.**