**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | |
|     Plaintiff | : | Civil Action No. 22-3763 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

## PLAINTIFFS' FINAL TRIAL EXHIBIT LIST

1. **Photo for front of house with circle**

2. **Photo from back of house**

3. **Search warrant**

4. **SOP # 28: SWAT Unit Reconnaissance and Intelligence**

5. **SOP # 31: Warrant Service**

6. **Video of front door entrance from neighboring Deli**

7. **Philadelphia Police Department Directive 5.7: Search Warrants**

8. **Photo of living room with deceased Akuma**

9. **Recon Sheet**

10. **Glenn Garrels Expert Report**

11. **Glenn Garrels Curriculum Vitae**

12. **Lt. Monk's Investigation Interview Record (D00043-D00045)**

13. Deposition of Det. Scally

14. Scally Deposition Exhibits

15. Video of Det. Scally Deposition

16. Deposition of Yara Alvarado

| | | |
|---|---|---|
| 17. | Yara Alvarado Deposition Exhibits | |
| 18. | Deposition of Officer Saba | |
| 19. | Video of Saba Deposition | |
| 20. | Deposition of Officer Murray | |
| 21. | Officer Murray Deposition Exhibits | |
| 22. | Deposition of Probation Officer Jaclyn Matteo-Hand | |
| 23. | Jaclyn Matteo-Hand Deposition Exhibits | |
| 24. | Deposition of Probation Officer Dana Shannon | |
| 25. | Dana Shannon Deposition Exhibits | |
| 26. | Deposition of Officer Eric Clark | |
| 27. | Dr. Valliere Report | |
| 28. | Dr. Valliere Curriculum Vitae | |
| 29. | Investigation Interview P/O Ashford Badge #3802 | D000024 |
| 30. | Investigation Interview P/O Scott Badge #6689 | D000026 |
| 31. | Investigation Interview P/O Murray Badge #6068 | D000029 |
| 32. | Investigation Interview P/O Riotto Badge #3984 | D000032 |
| 33. | Investigation Interview Sgt Mellody Badge #285 | D000035 |
| 34. | Investigation Interview P/O Smith Badge #2016 | D000036 |
| 35. | Investigation Interview P/O Clark Badge #4453 | D000041 |
| 36. | Investigation Interview Lt. Monk Badge#279 | D000043 |
| 37. | Civilian Interview OISI# | D000046 |
| 38. | Investigation Interview P/O Rivera Badge #6797 | D000047 |
| 39. | Investigation Interview P/O Saba Badge | D000049 |

| | | |
|---|---|---|
| 40. | Investigation Interview P/O Hamoy Badge#2984 | D000051 |
| 41. | Investigation Interview P/O Fitzpatrick | D000052 |
| 42. | Investigation Interview P/O Quintana | D000055 |
| 43. | Statement of Sgt. Mellody Badge#285 7.12.21 | D000061 |
| 44. | Statement of Det Scally Badge #791 6.17.21 | D000065 |
| 45. | Statement of Det. Graf Badge#9066 6.17.21 | D000068 |
| 46. | Google map of area | D000074 |
| 47. | Color Photographs crime scene | D000080 |
| 48. | Complaint or Incident Report DC#21-15-040715 | D000101 |
| 49. | Stray Contract June 4, 2021 ACCT Philly | D000102 |
| 50. | Stray Surrender Document | D000103 |
| 51. | Officer Involved Shooting Investigation (handwritten) | |
| 52. | DC#21-15-040680 PS#21-5 | D000105 |
| 53. | Officer Involved Shooting Investigation (handwritten) | |
| 54. | PS#21-5 Scene Notes | D000106 |
| 55. | Diagram of apt | D000109 |
| 56. | Memorandum 1.03.23 from IAD | D000110 |
| 57. | IAD PS#21-05 Statement of Edward Song Badge#3936 | D000125 |
| 58. | Song's Hand drawn diagram | D000131 |
| 59. | Firearms Identification Unit Laboratory Report (duplicate?) | D000132 |
| 60. | Property Receipt from Crime Scene Receipt #9030452 | D000134 |
| 61. | Crime Scene Unit Service Report CSU 21-0435 | D000135 |

| | | |
|---|---|---|
| 62. | Diagram apartment | D000137 |
| 63. | Thumbdrive photos of crime scene | D000138 |
| 64. | Complaint or Incident Report DC#21-15-40822 | D000139 |
| 65. | Video of Ring.com footage of dog dead in middle of living room floor 20s ec 04/12/23 | |
| 66. | SOP#18 (revised 2.14.20) SWAT UNIT | |
| 67. | SOP#26 SWAT UNIT OPERATIONAL PLANNING | D000223 |
| 68. | SOP#28 (revised 4.11.19) SWAT UNIT | |
| 69. | RECONNAISSANCE AND INTELLIGENCE | D000226 |
| 70. | SOP#30 SWAT UNIT WARRANT THREAT LEVEL | |
| 71. | GUIDELINES | D000229 |
| 72. | SOP#31 (revised 10/20/22) SWAT UNIT | |
| 73. | WARRANT SERVICE | D000230 |
| 74. | A09_20210604053500_001.mp4 | |
| 75. | A09_20210604053500.mp4 | |
| 76. | A10_20210604053500_001.mp4 | |
| 77. | A10_20210604053500_002.mp4 | |
| 78. | A10_20210604053500.mp4 | |
| 79. | Body Cam footage of PPD Interview with Plaintiff at Scene | |
| 80. | Axon_Capture_Video_2021-06-04_070917.mp4 | |
| 81. | Axon_Capture_Video_2021-06-04_071356.mp4 | |
| 82. | Axon_Capture_Video_2021-06-04_072135.mp4 | |

| | | |
|---|---|---|
| 83. | Photos of Front of Alavarado's Apartment | D000248 |
| 84. | Akuma's ACCT Philly Kennel Card | PLTF000011 |
| 85. | ACCT Philly Buddy Intake Date 06/04/21 | PLTF000012 |
| 86. | All Pets Cemetery | PLTF000013 |
| 87. | Dutton Road Veterinary Invoice Date 06/04/21 | PLTF000014 |
| 88. | Dutton Road Veterinary Invoice Date 06/09/21 | PLTF000016 |
| 89. | Dr. Welch Ltrs of Approval for ESA | PLTF000017 |
| 90. | GPHA Medical Records | PLTF000020 |
| 91. | GPHA Itemized Billing | PLTF000037 |

ITEMS IN BOLD ABOVE HAVE ALREADY BEEN MARKED

**Respectfully submitted,**

**/s/ Keith West\_\_\_\_**
**Keith West, Esquire**
**VICTIMS' RECOVERY LAW CENTER**
**PA Attorney ID No. 317426**
**3650 Winding Way, Suite 200**
**Newtown Square, PA 19073**
**keith@victimrecoverylaw.com**

*September 24, 2024*  *Attorney for the Plaintiff*