IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| CITY OF PHILADELPHIA, P/O JOSHUA BURKITT, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O PATRICK SABA, P/O EDWARD SONG | : | |

## FINAL JUDGMENT

**AND NOW**, this 30th day of September 2024, following entry of, and in accordance with, the jury's verdict (DI 107), it is **ORDERED** we enter **JUDGMENT** in favor of plaintiff Felishatay Alvarado as follows:

against defendants Joshua Burkitt, Eric Clark, Kevin Mellody, Brian Murray, Patrick Saba, Demetrius Monk, Edward Song, and Jose Hamoy and plaintiff is awarded damages in the amount of $0; and

against defendant the City of Philadelphia and plaintiff is awarded damages in the amount of $1,000,143.50.

_____
MURPHY, J.