IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELISHATAY ALVARADO,<br>    Plaintiff,<br><br>  v.<br><br>CITY OF PHILADLEPHIA, et al.,<br>    Defendants. | Civil Action<br>No. 22-3763 |

## VERDICT SHEET

**I. Constitutional claims against individual SWAT Unit Officer defendants Joshua Burkitt, Eric Clark, Kevin Mellody, Brian Murray, Patrick Saba, Demtrius Monk, Edward Song, and Jose Hamoy**

*Entry*

1. Do you find that Felishatay Alvarado has proven by a preponderance of the evidence that the following individual SWAT Unit Officers unreasonably entered her residence and violated her Fourth Amendment right to be free from unreasonable search?

| | | |
|---|---|---|
| Joshua Burkitt | YES ✓ | NO ___ |
| Eric Clark | YES ✓ | NO ___ |
| Kevin Mellody | YES ✓ | NO ___ |
| Brian Murray | YES ✓ | NO ___ |
| Patrick Saba | YES ✓ | NO ___ |
| Demetrius Monk | YES ✓ | NO ___ |
| Edward Song | YES ✓ | NO ___ |
| Jose Hamoy | YES ✓ | NO ___ |

*Proceed to Question 2 (next page)*

1

*Seizure*

2. Do you find that Felishatay Alvarado has proven by a preponderance of the evidence that the following individual SWAT Unit Officers unreasonably seized her and violated her Fourth Amendment right to be free from unreasonable seizure?

| Officer | YES | NO |
|---|---|---|
| Joshua Burkitt | | ✓ |
| Eric Clark | | ✓ |
| Kevin Mellody | | ✓ |
| Brian Murray | | ✓ |
| Patrick Saba | | ✓ |
| Demetrius Monk | | ✓ |
| Edward Song | | ✓ |
| Jose Hamoy | | ✓ |

*If you answered "**Yes**" anywhere in questions 1 or 2, then proceed to SWAT Unit Officer damages, question 3 (next page)*

*If you answered "**No**" as to **every** individual SWAT Unit Officer in questions 1 and 2, then skip questions 3, 4, and 5, and proceed directly to question 6 (page 6)*

2

*SWAT Unit Officer Compensatory Damages*

3. Please state the amount of compensatory damages, if any, that Felishatay Alvarado has proven by a preponderance of the evidence that will compensate her for any and all injuries she sustained due to the conduct of the SWAT Unit Officers you found liable.

| | |
|---|---|
| Joshua Burkitt | $ 0 |
| Eric Clark | $ 0 |
| Kevin Mellody | $ 0 |
| Brian Murray | $ 0 |
| Patrick Saba | $ 0 |
| Demetrius Monk | $ 0 |
| Edward Song | $ 0 |
| Jose Hamoy | $ 0 |
| Total | $ 0 |

*Proceed to Question 4 (next page)*

3

*SWAT Unit Officer Punitive Damages*

4. Do you find that the following individual SWAT Unit Officers acted maliciously or wantonly against Felishatay Alvarado under the facts found by you?

| | | |
|---|---|---|
| Joshua Burkitt | YES _____ | NO ✓ |
| Eric Clark | YES _____ | NO ✓ |
| Kevin Mellody | YES _____ | NO ✓ |
| Brian Murray | YES _____ | NO ✓ |
| Patrick Saba | YES _____ | NO ✓ |
| Demetrius Monk | YES _____ | NO ✓ |
| Edward Song | YES _____ | NO ✓ |
| Jose Hamoy | YES _____ | NO ✓ |

*If you answered "**Yes**" for any individual SWAT Unit Officers in the above question, then proceed to question 5 (next page).*

*If you answered "**No**" as to **every** individual SWAT Unit Officer in the above question, then skip question 5, and proceed directly to question 6 (page 6).*

4

5. Do you award punitive damages against the following individual Defendants for whom you answered "Yes," above?

| Defendant | YES | NO |
|---|---|---|
| Joshua Burkitt | | ✓ |
| Eric Clark | | ✓ |
| Kevin Mellody | | ✓ |
| Brian Murray | | ✓ |
| Patrick Saba | | ✓ |
| Demetrius Monk | | ✓ |
| Edward Song | | ✓ |
| Jose Hamoy | | ✓ |

If yes, in what amount? $ _____ (under each name)

*Proceed to question 6 (next page).*

5

## II. Constitutional Claims Against Defendant City of Philadelphia

*Liability*

6. Do you find Felishatay Alvarado proved, by a preponderance of the evidence, that the City of Philadelphia failed to adequately train its SWAT Unit Officers in a specifically identified way that amounted to deliberate indifference and that failure was the moving force behind a violation of her Fourth Amendment right to be free from unreasonable search and seizure?

   YES __✓__   NO _____

   *If your answer to the above question is "Yes," then proceed to question 7 below.*

   *If your answer to the above question is "No," then skip question 7, and proceed directly to the signature section below.*

*Compensatory Damages*

7. Please state the amount of compensatory damages, if any, that Felishatay Alvarado has proven by a preponderance of the evidence that will compensate her for any and all injuries she sustained due to the City of Philadelphia's failure to adequately train its SWAT Unit Officers.

   $ 1,000,143.50

**Signature**

This is our true verdict, **SO SAY WE ALL**, this __27__ day of September, 2024.

_____
Foreperson

PLEASE HAVE THE FOREPERSON SIGN THE VERDICT SHEET AND NOTIFY THE COURT DEPUTY THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

6