IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELISHATAY ALVARADO,<br>    Plaintiff,<br><br>v.<br><br>CITY OF PHILADLEPHIA, et al.,<br>    Defendants. | Civil Action<br>No. 22-3763 |

## ORDER

AND NOW, this __8th__ day of __October__, 2024, upon consideration of Defendants' Motion For An Extension of Time to File a Memorandum in Support of Post-Trial Motions, Defendants' Motion is Hereby **GRANTED**. Defendants may file their Memorandum in Support of Post-Trial Motions thirty (30) days after receipt of the trial transcripts.

BY THE COURT:

_____
JOHN F. MURPHY, J.