## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | |
|     Plaintiff | : | Civil Action No. 22-3763 |
| | : | |
|     v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

## PLAINTIFF'S ADMITTED TRIAL EXHIBIT LIST

P-1 Photo of property, front

P-2 Photo of property, rear

P-3  Search Warrant (Redacted)

P-4 SOP # 28: SWAT Unit Reconnaissance and Intelligence

P-5 SOP # 31: SWAT Unit Warrant Service

P-6 Surveillance Video from front (*via* First Class Mail)

P-7 Directive 5.7

P-74 Surveillance Video from rear (*via* First Class Mail)

P-8 Living Room with Deceased Dog

P-25: Parole and Probation Notes (Redacted)

P-47 Photo of Dog with Wound

P-65 Ring Footage (*via* First Class Mail)

P-Saba Exhibit 2: Photo of Front of House

                                                  **Respectfully submitted,**

                                                  **/s/ Keith West____**
                                                  **Keith West, Esquire**
                                                  **VICTIMS' RECOVERY LAW CENTER**
                                                  **PA Attorney ID No. 317426**
                                                  **3650 Winding Way, Suite 200**
                                                  **Newtown Square, PA 19073**
                                                  **keith@victimrecoverylaw.com**
                                                  ***Attorney for the Plaintiff***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FELISHATAY ALVARADO | : | |
|     Plaintiff | : | Civil Action No. 22-3763 |
| | : | |
|     v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *et al.* | : | |

**CERTIFICATE OF SERVICE**

    I, Keith West, Esquire, hereby certify that the foregoing Plaintiff's Admitted Trial Exhibit List, Exhibits as described above, and this certificate of service were filed via the Court's ECF system and are available for viewing and downloading. Plaintiff's admitted video exhibit, P-6, was mailed to the Court for filing via USB and first-class mail addressed to: Attn: The Honorable John F. Murphy U.S. District Judge for the Eastern District of Pennsylvania 3809 U.S. Courthouse 601 Market Street Philadelphia, PA 19106 Courtroom 3-B.

                                          **Respectfully submitted,**

                                          **/s/ Keith West\_\_\_\_**
                                          **Keith West, Esquire**
                                          **VICTIMS' RECOVERY LAW CENTER**
                                          **PA Attorney ID No. 317426**
                                          **3650 Winding Way, Suite 200**
                                          **Newtown Square, PA 19073**
                                          **keith@victimrecoverylaw.com**
                                          *Attorney for the Plaintiff*