

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

**SS:**

## APPLICATION FOR SEARCH WARRANT AND AFFIDAVIT

**WARRANT CONTROL NO.** 242513

**ISSUED TO DIST/UNIT:** Homicide

**Det. Timothy Scally** (Name and Title) — **791** (Badge No.) — **Hom** (District/Unit)

being duly sworn (or affirmed) before me according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at particular premises or in the possession of particular person as described below.

**DATE OF APPLICATION:** 06-03-21

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED:** Any and all firearms, ammunition or other ballistic evidence, clothing, including dark colored pants, dark belt, black, white and orange or red Puma sneakers, cellular phones and any and all other items deemed to be of evidentiary value to this investigation.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSONS TO BE SEARCHED:** 4664 Torresdale Ave. Phila. Pa. 19124, 2nd floor rear.

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED:** Pajo Mirela, 2044 Bleigh Ave. Phila. Pa. 19152

**VIOLATION OF:** Homicide

**YEAR/DIST/COMPLAINT NO.:** 21-15-037016

**PROBABLE CAUSE BELIEF IS BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

See attached 75/52

---

**SIGNATURE OF AFFIANT:** T. Scally #791  **BADGE NO.:** 791  **DIST/UNIT:** Hom

Sworn to (or affirmed) and subscribed before me this **3** day of **June** 20 **21**

(Signature of Issuing Authority) (SEAL)

**Date Commission Expires:** [illegible]

**RESULT OF SEARCH:** ___ **DATE AND TIME OF SEARCH:** ___  ☐ A.M. ☐ P.M.

**ARREST:** ☐ Yes ☐ No

**JUDGE'S DISPOSITION:** ☐ Disc. ☐ Held for Court ☐ Further Hearing ☐ Fined or Committed

**PROPERTY SEIZED:** ☐ Yes ☐ No

---

**TO LAW ENFORCEMENT OFFICER:** WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the above described premises or person, and to seize, secure, inventory, and make return according to the Pennsylvania Rules of Criminal Procedure, the above described items.

☒ This Warrant should be served as soon as practicable but in no event later than **9:50** ☐ A.M. ☒ P.M. **June 5**, 20**21**

and shall be served only during daytime hours of 8 A.M. to 10 P.M.

Issued under my hand this **3** day of **June** 20**21** at **9:50 p** M o'clock.

(SEAL) (Signature of Issuing Authority) JJ3L

**Date Commission Expires:** 9/21/14  **Title of Issuing Authority:** ACM

CONFIDENTIAL
D000151

## CONTINUATION OF APPLICATION FOR SEARCH WARRANT AND AFFIDAVIT #242513 .

On Saturday, May 22, 2021, at approximately 9:51pm, 15th District and SEPTA Police Officers responded to gunshots in the area of the Frankford Terminal, and observed the decedent, LH, 28/B/M suffering from multiple gunshot wounds to his body on the highway outside of 5223 Frankford Avenue. RPC 1526 transported the victim to Temple Hospital. At 10:10pm, the victim succumbed to his injuries and was pronounced dead by Dr. Santora.

Philadelphia Police Crime Scene Unit personnel measured, sketched, photographed and processed the scene. Investigators located ballistics, blood and a firearm as evidence. A total of twenty three (23) FCCs were located, nine (9) FC 9mm lugers and fourteen (14) OMPC 9mm. one (1) projectile, one (1) lead fragment and one (1) copper fragment.

On Sunday, May 23, 2021 Dr. Chu of the Office of the Medical Examiner conducted a post-mortem examination on the remains of the Decedent, and determined the cause of death to be multiple gunshot wounds and the manner of death Homicide.

Det. Anderson # 822 obtained video surveillance footage from the SEPTA Frankford Transportation Center that captured the shooting death of the Decedent. At approximately 9:49pm this footage depicts a light colored SUV traveling north on Frankford Avenue, and then making a right on Granite Street pulling over. Damage to the driver rear window of the SUV can be observed. The Decedent and another male (DP) are observed walking north on Frankford Avenue. As the males approach the corner of Frankford Avenue and Granite Street (in front of the Rainbow Shop at 5223 Frankford Avenue), the Offender exits the passenger side of the light colored SUV and shoots the Decedent, and the Decedent then collapses on the sidewalk. The Offender is a male with apparent braided hair, shirtless and wearing dark pants with light colored underwear or shorts above the waistband, and dark sneakers with a white logo. The Offender then goes back onto Granite Street. DP initially backs away, but is then observed running to the corner of Frankford Avenue and Granite Street where he fires multiple gunshots (muzzle flashes are observed) east on Granite Street in the direction of the Offender. DP then runs east on Granite Street with SEPTA Police in foot pursuit. (DP was subsequently apprehended at 1600 Pratt Street out of view of the camera)

On Monday, May 24, 2021, the Real Time Crime Center (RTCC) contacted the Homicide Unit in reference to the shooting of LH at 5223 Frankford Avenue. [redacted]

CONFIDENTIAL



The affiant is respectfully requesting that a search and seizure warrant be granted for the property at 4664 Torresdale Avenue, 2nd Floor Rear, Philadelphia, PA 19124 to recover any firearms, ammunition or other ballistic evidence, clothing including dark colored pants, dark belt, black, white and orange or red Puma sneakers, cellular telephones, and any other items deemed to be of evidentiary value to this investigation.

*I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.*

_____  _____  _____
Signature of Affiant          Badge    Unit

Sworn to (or affirmed) and subscriber before me this ___3___

Day of ___June___, 2021.

_____
Signature of Issuing Authority

CONFIDENTIAL

D000153