# SOP #28   Revised 4-11-19

# SWAT UNIT
# RECONNAISSANCE AND INTELLIGENCE

1**. Purpose**

    A. To gather necessary information on a person, property or thing that will have an effect on a proposed tactical operation.

    B. Intelligence is critical when planning a tactical operation and the first step to planning an operation.

    C. Intelligence needs will vary from operation to operation based on the type of situation that the SWAT Unit is undertaking.

**2. Policy**

    A. All SWAT Unit Operations will have a preliminary reconnaissance performed prior to any Tactical Operation being performed unless some exigent circumstances exist.

    B. The reconnaissance will be performed by members of the SWAT Unit and a second separate reconnaissance will be performed by a Unit Supervisor unless there is a exigent circumstance why a supervisor cannot perform the operation or members of the SWAT Unit cannot be used. When it is not possible for the SWAT Unit to perform the reconnaissance all information from the section below) is verified with the requesting investigative unit.

    C. Other sources of information will be used such as Google Maps for a picture of the target location. Printed and given to all operators assigned to the operation.

**3. Survey Examples**

    A. There can never be too much tactical information available. Listed in this document are minimum examples of necessary information.

        **1. Location or Site Intelligence**

            - Address
            - Number of floors
            - How constructed
            - Exits, how many, how constructed, where at on the property.
            - Number of windows, where at, size, fortifications.

- Dogs, other deterrents to Police
- Possible escape points, porch roofs, etc.
- Overview of property in relationship to entire block.
- Overview of block in relationship to neighborhood
- Street types and direction in relationship to location.

**2. Occupants**

   a. Target of operation

- Who, physical description
- Why, reason for operation
- Prior history of subject, arrest record
- Personal History, military background, tactical experience, militia affiliations, hunter, weapons enthusiast, chemist, mental condition, drug and or alcohol use, etc.
- Weaponry available to subject

   b. Other occupants

- Who, description if possible, including ages
- Relationship to subject, Co-conspirators, Sympathetic, non willing or innocent participant

**3. Area of Operation**

   a. relationship to schools, hospitals, shopping areas, or any other location that may be densely populated, (may vary with time of operation) i.e. school bus stops, train stations etc.

   b. relationship to rural or wooded locations where containment or escape may play a increased role

   c. Sympathetic locations in area

   d. Ethnic makeup or area

**4. Vehicles**

   a. Make, model, type, color, etc.

   b. Capabilities and or alterations

c. Remote releases or remote starting capability, etc.

d. Relationship of vehicle to operation. i.e. means of escape or actual target location.

**5. Method of Reconnaissance**.

    a. Marked Vehicle, Uniformed personnel

    b. Unmarked vehicle, plainclothes personnel

    c. Police Helicopter

    d. Assistance from other members of the Police Department, accompanied by a SWAT Unit member

    e. Any ruse or disguise that will enhance the accuracy of the reconnaissance