SupportSupv - Operations - AbscondAV

Probation - General - StepDown

1005293

Event Type(s)   ALL

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 12-07-2021 | 1:00p | Note | | Pending | ISTPD | SEQ 3 IN-PERSON OV |

This Sequence 3 automated appointment has been scheduled by ISTPD.  The assigned officer should notify the subject of his/her appointment as soon as possible.

| 11-27-2021 | 3:44p | Event | Client | | PancoastM | New Assigned Client |
|---|---|---|---|---|---|---|

Assigned a new client ███████████████████

| 10-05-2021 | 1:00p | Note | | Pending | ISTPD | SEQ 2 IN-PERSON OV |
|---|---|---|---|---|---|---|

This Sequence 2 automated appointment has been scheduled by ISTPD.  The assigned officer should notify the subject of his/her appointment as soon as possible.

| 8-17-2021 | 1:00p | Note | | Pending | ISTPD | SEQ 1 IN-PERSON OV |
|---|---|---|---|---|---|---|

This Sequence 1 automated appointment has been scheduled by ISTPD.  The assigned officer should notify the subject of his/her appointment as soon as possible.

| 7-20-2021 | 3:24p | NOTE | | NA | ISTPD | 51-BV-0004214-2021 ISSUANCE NOT |
|---|---|---|---|---|---|---|

The subject is labeled: ABSCONDER.

| 7-20-2021 | 3:15p | SupvReview | | Completed | BarnesT | Wanted Cards Review |
|---|---|---|---|---|---|---|

-NCIC check completed, PO indicates results negative.
-Custody check completed, PO verified the defendant is not in custody.
-There are no future appointments in Monitor.
-Supervision synopsis saved in monitor.

Absconder Warrant Request reviewed and approved.  Warrant request signed.  Wanted Card Request submitted to Operations.

| 7-20-2021 | 8:00a | JNETSelfAudit | | Completed | ShannonD | Wanted Card Request |
|---|---|---|---|---|---|---|

The defendant is 76 days delinquent. Po last had contact with pp 5/5/21.
On 6/2/21 Po spoke with a Detective Fran Graff they stated they would go out and arrest the defendant.
PP has an active Philadelphia Homicide Warrant issued on 6/3/21.
Pc calls and texts were made to the number of record. Pp failed to respond or report. Pc to pp ER contact and the number was relisted to a new person.
Address verification letter sent out on 6/28/21.
NCIC
Warrant Search Phila warrant issued on 6/3/21
J-2
A-6
LA 9/1/19
Dna on file
Custody check pp in not in county, state, or federal custody.
Case submitted for wanted cards.

EXHIBIT
Shannon-1
CW          9/15/23

| 7-14-2021 | 10:00a | Note | | Completed | ShannonD | Custody Check |
|---|---|---|---|---|---|---|

Po checked vinelink and pp is not in county custody

From ALL    To ALL

1005293

Event Type(s)    ALL

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 7-14-2021 | 10:00a | Text | Client | NA | ShannonD | Po texted pp at 267-770-2861 |

Po left a text message for pp to call Po at her office number.

| 6-28-2021 | 3:45p | Note | | Completed | ShannonD | address verification letter sent |

sent to the address of record

| 6-28-2021 | 3:45p | Phone | new owner | Contact | ShannonD | Sheila Washington , Mother (215) 7 |

A lady answered the phone and Po asked for pp's mother and she said you have the wrong number.

| 6-02-2021 | 1:00p | Phone | Client | Disconn | ShannonD | Pc to pp 267-770-2861 |

The subscriber is not in service.

| 6-02-2021 | 1:00p | Phone | Client | LM | ShannonD | Pc to pp @267-770-2856 |

Po left a vm stating she is looking for pp to call her back at 215-683-1097.

| 6-02-2021 | 12:30p | Phone | Homocide Detecti | Contact | ShannonD | Homicide Detective Fran Graff |

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ d that they are looking at the defendant for a homicide in Frankford. They have him on video with no shirt on looking high and the defendant has distinct tattoos. He stated that PP had an incident a couple months back with some guns but he was not arrested then. He said that pp frequents Frankford around Marlowe and Hawthrone streets he is usually high. He wanted to know if we verified his address or had any alternative addresses to one they had on file which is the address we had.They have a warrant for him and they will execute it soon. Pp is a suspect in a murder. Pp has been terrorizing the Frankford Ave area. Po told him we only had contact with pp by phone. We could not confirm his address by a field visit or report drug use due to no drug tests being taken. Det. Graff stated that they will call Po when they have PP in custody.

| 5-26-2021 | 11:30a | JNETSelfAudit | | Completed | ShannonD | Monthly Self Audit |

NCIC
case transfer on 7/31/2020 EMU UNIT
Warrant Search negative
J-2
A-6
LA 9/1/19
Dna on file
P/p reports by phone
Pp is not working
pp hurt himself at a casino
Pp may have pending gun charges?
pp owes f/c

| 5-20-2021 | 3:30p | SelfAudit | Client | Completed | ShannonD | Self Audit |

▓▓▓▓▓▓▓ PP calls bi weekly. PP is not working. PP claims to injured his leg at a casino during an argument. PP was in an altercation the police found guns but no arrests were made. Po sent email per SPO Barnes for approval to send to Judge Means. PP paid o on f/c 3,233.44.

From ALL   To ALL

1005293

SupportSupv - Operations - AbscondAV

Probation - General - StepDown

Event Type(s)  ALL

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 5-05-2021 | 3:00p | Phone | Client | Contact | ShannonD | Pc to pp 267-770-2861 |

Pc from pp. He stated his address and phone number is the same. Po told him when he calls keep calling until he speak with Po directly. Pp said ok. pp said he is still in therapy for his leg. Po asked id he have any police contact and pp said no. Po went over his conditions and said she will speak with him again soon.

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-30-2021 | 12:30p | SelfAudit | Client | Completed | ShannonD | Self Audit |

P/p has one Philadelphia case. P/p has no open cases. P/p owes money on f/c. p/p is not working. Po had contact with pp by phone. PP is not working. P/p has a lawsuit with a casino over his broken leg. ████████████████ paid 0 and has a balances of 3,233.44.PP submitted DNA on 3/8/21.PP was caught with guns by the police but failed to arrest him or obtain a complaint. Po sent email to Spo Barnes for approval to send to Judge Means about how to address this issues. pp calls by phone.

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-27-2021 | 10:00a | Phone | Client | LM | ShannonD | Pc from p/p |

4/27/21 926am 267-770-2861. Pc from pp. This is Bernard Lee calling to check in. call me back.

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-19-2021 | 11:15a | JNETSelfAudit | | Completed | ShannonD | NCIC Ran to check for a warrant-ne |

Warrant search
Pp has no active warrants at this time.
NCIC
case transfer on 7/31/2020 EMU UNIT
J-2
A-6
LA 9/1/19
Dna on file
P/p reports by phone
Pp is not working
pp hurt himself at a casino

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-07-2021 | 10:30a | Note | | Completed | ShannonD | Bucks County Warrant |

issued 7/21/20
Docket Number ████████████████
Warrant Number ████████████

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-07-2021 | 10:30a | Note | | Completed | ShannonD | ignore 4/7/21 enrty. pp has no warra |

pp has no active warrants at this time

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-01-2021 | 9:30a | SelfAudit | Client | Completed | ShannonD | Self Audit |

P/p has one case. P/p is unemployed and looking for a job. Pp paid zero and has a balance of 3,233.44.Po has had contact with pp during the pandemic by phone. PP submitted his DNA.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 3-31-2021 | 4:00p | JNETSelfAudit | | Completed | ShannonD | Monthly Self Audit |

NCIC
case transfer on 7/31/2020 EMU UNIT
Warrant Search negative
J-2
A-6
LA 9/1/19
Dna on file
P/p reports by phone
Pp is not working
pp hurt himself at a casino

| 3-24-2021 | 10:45a | Phone | Client | Contact | ShannonD | Pc from pp |
|---|---|---|---|---|---|---|

he was calling to check in. He stated that his address and phone number was the same. Po went over his conditions. Pp said his leg is doing well and he is in rehab. Pp said he forgot to call when he did dna last week.

| 3-19-2021 | 7:30a | SelfAudit | Client | Completed | ShannonD | Self Audit |
|---|---|---|---|---|---|---|

P/p has one Philadelphia case. P/p has no open cases. P/p owes money on f/c. p/p is not working. Po had contact with pp by phone.
PP is not working. P/p has a lawsuit with a casino over his broken leg.
submitted DNA on 3/8/21.

| 3-15-2021 | 12:43p | Meeting | Client | Contact | CastroC | DNA completed |
|---|---|---|---|---|---|---|

The defendant reported to the Criminal Justice Center for DNA.
The defendant was identified by Probation Officer Candida Castro.
The defendant provided a PA state ID 29-961-469 EXP. 07/31/2022

| 3-10-2021 | 3:06p | JNETOther | | Completed | CastroC | JNET - DNA |
|---|---|---|---|---|---|---|

JNET/CLEAN: Who was the record given to? internal use (DNA)
JNET/CLEAN: Information disseminated - JNET Photo Search
JNET/CLEAN: PennDot Photo for Press Release? N

| 3-01-2021 | 11:00a | Phone | Client | Contact | ShannonD | Pc from pp |
|---|---|---|---|---|---|---|

pc from pp. He stated that his address and phone number is the same. Pp said that he is wearing a boot. PP said that he is in therapy but is able to walk. Po told him dna is missing and he has to get it at the CJC building in the basement on 3/15/21 at 1pm.

| 2-24-2021 | 1:15p | JNETSelfAudit | | Completed | ShannonD | Monthly Self Audit |
|---|---|---|---|---|---|---|

P/p has one Philadelphia case. P/p has no open cases. P/p owes money on f/c.Pp paid 0 and has a balance of 3,233.44. PP needs his dna done. p/p is not working. Po had contact with pp by phone.

|  | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|
| 2-24-2021   10:00a | SelfAudit |  | Completed | ShannonD | Monthly Self Audit |

NCIC
WARRANT SEARCH- negative
SSO
J-2
A-6
LA-5/22/20
DNA needed
Po sent email to SPO Brookens and Bonaparte for DNA collection.

| 2-04-2021   11:00a | Phone | Client | LM | ShannonD | Pc from p/p |

Pc from pp he was calling to check in. His number 267-770-2861.

| 1-12-2021   3:30p | SelfAudit | Client | Completed | ShannonD | Self Audit |

P/p has one Philadelphia case. P/p has no open cases. P/p owes money on f/c. p/p is not working. Po had contact with pp by phone. PP is not working. P/p has a lawsuit with a casino...

| 1-04-2021   8:00a | Phone | Client | Contact | ShannonD | Pc from pp @267-770-2856 |

Pc from pp He had surgery a month ago. He has to go back to check and see if the xray will show his foot healing properly. P/p said that his address and phone number is the same. P/p denies new arrests or drug issues. P/p is suing a casino for breaking his leg. P/p is not employed. Po told pp to keep calling in.

| 12-14-2020   10:45a | Phone | Client | Contact | ShannonD | Pc to pp at 267-770-2856 |

PO LEFT A VOICEMAIL. FOR HIM TO CALL PO BACK.

| 12-14-2020   10:45a | Text |  | NA | ShannonD | PO SENT A TEXT |

PO SENT A TEXT MESSAGE FROM THE OFFICE PHONE.

| 12-14-2020   10:30a | Phone | Client | Contact | ShannonD | PHONE CALL FROM PP |

pp BROKE HIS FOOT October 29 HE HAS A CAST HE HAS TO GET SURGERY. HE WAS AT A CASINO THEY ARGUED THE MANAGER PUSHED HIM AND HE FELL . THEN SOMEONE DROVE HIM TO THE HOSPITAL. HE MADE A REPORT. PP SAID HE BROKE HIS PHONE. HE HAD AN ADRIOD PHONE NOW HE HAS A FLIP PHONE.HE LOST PO'S NUMBER HE WAS GALD PO CALLED HIM. PP HAS TWO SCREWS IN HIS FOOT. P/P SAID HE WAS DRIVE TO THE HOSPITAL. pp SAID HE MADE A REPORT WITH THE CASINO. PO TOLD HIM TO CALL AS DIRECTED AND UPDATE PO ABOUT THE STAUS OF HSI FOOT.

| 12-08-2020   2:30p | SelfAudit | Client | Completed | ShannonD | Self Audit |

P/p has one Philadelphia case. P/p has no open cases. P/p ow... ...king. Po had contact with pp by phone.

**Client File Notes**

First Judicial District APPD

SupportSupv - Operations - AbscondAV

Probation - General - StepDown

| Date | Time | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 11-30-2020 | 8:15a | SelfAudit | | Completed | ShannonD | Monthly Self Audit |

NCIC
WARRANT SEARCH- negative
SSO
J-2
A-6
LA-5/22/20
DNA

| 11-20-2020 | 11:45a | Phone | Client | Contact | ShannonD | Pc to pp at 267-770-2856 |

Po called pp and left a vm stating his address and phone number. Po wanted to know if he has a I phone.

| 11-12-2020 | 3:30p | SelfAudit | Client | Completed | ShannonD | Self Audit |

P/p has one Philadelphia case. P/p has no open cases. P/p owes money on f/c. p/p is not working. Po had contact with pp by phone.
CP-51-CR-0000369-2019 4/29/2019 12/1/2026 Means, Rayford A. 11-1/2 to 23 months, 6 ye Expand

| 10-26-2020 | 2:00p | Phone | Client | Contact | ShannonD | Pc from p/p |

Pc from pp he said that he signed up for career build. Po gave him the flogger information as well. Pp was calling to check in. He said that everything is the same.

| 10-22-2020 | 10:30a | SelfAudit | Client | Completed | ShannonD | Self Audit |

P/p has one case. P/p is unemployed and looking for a job. Po gave him information Po Fitzmaurice gave out foe the construction job. P/p has d a vop on 10/15/2020. Probation and Parole was continued. P/p said he received a letter in the mail that he has a bench warrant that was issued because he was not there at vop. Po s\check jnet and the regular system and there are no warrants entered. P/p has a old Delco arrest may be it could be for f/c in that or this current case. Pp paid zero and has a balance of 3,233.44. Po has had conact with pp during the pandemic by phone.

| 10-21-2020 | 2:30p | JNETSelfAudit | | Completed | ShannonD | Self Audit |

NCIC
case transfer on 7/31/2020 EMU UNIT
Warrant Search negative
J-2
A-6
LA 9/1/19
Dna not on file
P/p reports by phone

Warrant search and there are no active warrants for pp.

| 10-21-2020 | 2:30p | Phone | Client | Contact | ShannonD | Pc to pp at 267-770-2856 |

After speaking with SPO Barnes Po called pp to see the docket number on the letter and asked pp to call Po back with it.

| 10-20-2020 | 10:00a | Phone | Client | LM | ShannonD | Phone call from p/p |

He stated that he got a letter in the mail stating he has a bench warrant for his vop the other day.  Call him back at 267-770-2856.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-19-2020 | 10:00a | Phone | Client | Contact | ShannonD | Pc from p/p |

P/p called and stated that he was checking in for the week. P/p said he called the court room and his lawyer was at the bar at the same time. P/p said he was told he was gonna get a date but he did not get a date. Po told him his probation was continued. Po said his address and phone number was the same. P/p is working for his sister a couple times a week cleaning out her salon. Po gave him the rebuild work information provided by our resource officer.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-15-2020 | 8:00a | Meeting | Client | Contact | AndersonM | Status - CP-51-CR-0000369-2019 |

10/15/2020 Means, Rayford A.
Probation/Parole Continued
Defendant not present
Courthouse closed due to Covid-19
Probation/parole continued
Hon. Rayford A. Means
ADA: Jessica Phillips, Defense: Alison Baratz (PD), DRT: Dorothy Sidberry, Clerk: Patricia Kriebe

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-13-2020 | 1:40p | SupvReview | | Completed | BarnesT | Summary Review |

Gagnon II summaries have been approved and submitted for e-filing.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-09-2020 | 11:00a | JNETSelfAudit | | Completed | ShannonD | NCIC |

NCIC
case transfer on 7/31/2020 EMU UNIT
Warrant Search negative
J-2
A-6
LA 9/1/19
Dna not on file
P/p reports by phone

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-09-2020 | 10:45a | Phone | Client | Contact | ShannonD | Pc from p/p |

pc from p/p Po told him to talk to his lawyer about his status hearing to get direction.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-09-2020 | 10:15a | Phone | Client | LM | ShannonD | 267-770-2861 |

Po left a vm about his vop and told him to  call his lawyer and the ctrm to see if court will be going on next week.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-08-2020 | | Event | | NA | APPDVOPImpor | Gagnon II Hearing Scheduled |

Room 705.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 10-05-2020 | 12:45p | Phone | Client | Contact | ShannonD | Pc from p/p |

He was calling to check in. Po made sure his front screen information was updated. Po had to update his er contact number. P/p said he is unemployed but looking for work. Po gave him job suggestions Amazon, Target, Walmart, shopping centers. P/p said that he still has court next week. Po told him to contact his lawyer to get on a list for court on 10/15/2020.He stated that he will. P/p said his address and phone number is the same.

1005293

SupportSupv - Operations - AbscondAV
Probation - General - StepDown

Event Type(s)    ALL

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 9-29-2020 | 1:15p | SelfAudit | | Completed | ShannonD | Self Audit |

NCIC
case transfer on 7/31/2020 EMU UNIT
Warrant Search negative
J-2
A-6
LA 9/1/19
Dna not on file
P/p reports by phone

| 9-21-2020 | 1:00p | Phone | Client | Contact | ShannonD | Pc to p/p 267-770-2861 |
|---|---|---|---|---|---|---|

His address and phone number is the same. P/p is unemployed. Pp said he is looking and he was advised to continue to call in for reporting.

| 9-10-2020 | 9:30a | SelfAudit | Client | Completed | ShannonD | Self Audit |
|---|---|---|---|---|---|---|

Computer check. P/p has one active Probation philadelphia case CP-51-CR-0000369-2019 start date 4/29/2019 end date 12/1/2026 with Judge Rayford A.Means. P/p has a status hearing listed for 10/15/2020 in courtoom 705. This case was a transfer case from House Arrest. Po only had contact with p/p by phone due to the pandemic. P/p is not employed. p/p owes money on his f/c paid $0.00balance $3,233.44 . P/p has no other conditions. P/p reports by phone due to the pandemic.By an Philadelphia arrest and two Delaware County Arrests in the past. One of the Delaware County case shows active but its not.

| 9-04-2020 | 11:00a | Phone | Client | LM | ShannonD | Pc from pp |
|---|---|---|---|---|---|---|

He called to say he was checking in. His number is 267-770-2861.

| 8-28-2020 | 12:00p | Phone | Client | LM | ShannonD | Pc from p/p 267-770-2861 |
|---|---|---|---|---|---|---|

He was checking in with Po. His address and phone number, and employment, status is the same.

| 8-21-2020 | 3:00p | Phone | Client | Contact | ShannonD | (267) 770-2861 |
|---|---|---|---|---|---|---|

Pc to p/p the man who answered said PO had the wrong number.

| 8-13-2020 | 10:00a | Phone | Client | Contact | ShannonD | 267) 770-2861 |
|---|---|---|---|---|---|---|

Pc from P/p he asked for Po's phone number because he was trying to get his lawyer to reach Po. Po asked him was his address and phone number the same he said yes. Po instructed him to call Po next week.

| 8-12-2020 | 3:30p | SelfAudit | Client | Completed | ShannonD | Self Audit |
|---|---|---|---|---|---|---|

Computer Check P/p has no open bills. P/p vop listed for 10/15/2020 ctrm 705. P/p case was transferred from EM and P/p is to call weekly by phone due to the Covid 19 shutdown.

| 7-31-2020 | 2:00p | Phone | Client | Contact | ShannonD | Pcto PP to establish contact 267) 7 |
|---|---|---|---|---|---|---|

Pc to p/p he said he was calling his former Po and did not hear back from him. Po told him his case was transferred to Antiviolence Unit. Po went over conditions. P/p said he is not employed but he is looking for work now. P/p said he worked in restaurants and construction before. Po referred him with a supermarket, target, Walmart etc. P/p said that he did five years in Buck County and the case was over was over. Po went over the warrant and po gave him pretrial number and told him that they may send him something in the mail. P/p said he owes back welfare payments. Po instructed p/p to call weekly. Po asked for his email address he said it was Blockzombie215@gmail.com.They may zoom in the future.

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 7-31-2020 | 7:30a | SelfAudit | | Completed | ShannonD | Transfer case Audit |

Case Transfer by EM Unit. No Risk Needs. P/p has a PDV, Domestic Violence warrant, and VOP. Defendant was detained during the pandemic. His detainer was lifted on 6/18/2020. VOP was continued for status until 10/15/2020. (summary saved in monitor is up to date.  summary will need to be updated in October)  Defendant was released with a house arrest condition.  Requiring a case transfer to Anti-Violence.
NCIC
STO
J-2
A-6
La 5/22/2020
multiple arrest as an adult and juvenile for guns.
buying selling public street school property with out a license guns, drug, simple assault, reap, pic, Indent Assualt, dc, harassment, escape.

Warrant Issue Date
02/25/2019
Issuing County
PHILADELPHIA
Arrears Balance
$2,396.10
Bail Amount
Not Provided

DN, ▓▓▓▓ Case ID
179113187
Issuing County Contact Information
William McMonagle PRIMARY WEEKDAY (M-F Business Hours) 215/686-2926/2
Pre Trial Services PRIMARY EVE./WEEKEND/HOLIDAY 215-683-1696
Cheryl Winkelman / Anthony Mazzella
/ Donny Fo
SECONDARY WEEKDAY (M-F Business Hours) 215/686-2926/2
Pre Trial Services SECONDARY EVE./WEEKEND/HOLIDAY 215-683-1696

| | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|
| 7-24-2020  1:57p | SelfAudit | SPO Archie | Completed | AndersonM | Transfer Audit Submitted to SPO |

From: Anderson, Michael
Sent: Friday, July 24, 2020 1:57 PM
To: Archie, Duane <Duane.Archie@courts.phila.gov>
Subject: Transfer Out - Bernard Lee PP# 1005293

Defendant was an absconder that was picked up during pandemic. Judge lifted warrant and released without house arrest condition. PO confirmed contact info over phone. There is a Status Hearing on 10/15, unable to complete summary as it will expire within 60-day period. There is a Domestic Relations warrant that is from family court – He has been told to get it taken care of.

Offender Risk Level: High

Employment:
Unemployed

Drug Tests:
Drug screenings had been Negative. No recent UDS on file due to

JNET Check –
JNET Warrant Search returned Domestic Relations Warrant (Family Court) – P/P was previously informed of it.
MN – PA Master Name Search returned 'Single-Source Offender.'
RS – PA Rap Sheet returned no open bills.

Inside Philadelphia County Arrests/Convictions: 04/01
Outside Philadelphia County Arrests/Convictions: 01/01


Michael Anderson
Probation Officer – Monitored Supervision Unit
Philadelphia Adult Probation and Parole Department
714 Market St, 1st Floor, Philadelphia PA 19106
Phone: 215-683-1041
Fax: 215-683-3784
michael.anderson@courts.phila.gov

--------------------------------------------------------------------------

| | | Type | | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|---|
| 7-24-2020 | 1:52p | JNETSelfAudit | | | Completed | AndersonM | JNET Access for Self Audit / Transf |

JNET/CLEAN: Who was the record given to? Internal
JNET/CLEAN: Information disseminated - JNET Warrant Check, MN - PA Master Name, RS - Rap Sheet
JNET/CELAN: PennDot Photo for Press Release? N

--------------------------------------------------------------------------

| | Type | | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 7-24-2020 | Event | | | NA | APPDRecords | APPD Transfer Complete |

The requested transfer of supervision, initiated by Archie, Duane (MonitorSup), has been complete. Please review.

--------------------------------------------------------------------------

From ALL    To ALL           **Client File Notes**         First Judicial District APPD

████████████

1005293

SupportSupv - Operations - AbscondAV

Probation - General - StepDown

Event Type(s)   ALL

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 6-30-2020 | 9:08a | Phone | Client | Contact | AndersonM | PC to P/P |

267-770-2861 - PO called P/P at provided number. Confirmed all contact information. PO explained that he wouldn't be expected to report due to COVID-19. P/P is aware of Status Hearing on 10/15/20. Was asked to call PO if any contact info changes and that PO will reach out with further instructions when they become available

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-28-2020 | 2:00p | Phone | Client | LM | AndersonM | PC from P/P |

P/P called in response to contact notice - Provided callback # of 267-770-2861

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-22-2020 | 4:30p | Note | | Completed | AndersonM | Contact Notice Sent |

4664 Torresdale Ave, Rear

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-22-2020 | 10:30a | Note | | Completed | AndersonM | Custody Check - Released |

Via Lock N Track - Released on 6/18/20

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-18-2020 | 9:00a | Note | | Completed | AndersonM | VOP (1) - Judge Means |

06/18/2020 Means, Rayford A.
VOP Continued To Date Certain
Defendant in custody at Curran-Fromhold Correctional Facility
Defendant has open bill
VOP continued
Detainer lifted
Next Court Date: 10/15/20 room 705
Hon. Rayford A. Means
ADA: Jessica Phillips, Defense: Kristin Reifsnyder (PD), DRT: Dorothy Sidberry, Clerk: Patricia Kriebe

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-12-2020 | 3:00p | SupvReview | | Completed | CarassaiC | gn2 approved for CP51-000036920 |

████████████████████████████

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-12-2020 | 1:29p | Email | SPO Carassai | NA | AndersonM | Gag II (1) Submitted for Approval |

From: Anderson, Michael
Sent: Friday, June 12, 2020 1:29 PM
To: Carassai, Christine <Christine.Carassai@courts.phila.gov>
Subject: Bernard Lee PP# 1005293 - Gag II (1) Approval

Bernard Lee
PP# 1005293

CP51-00003692019

Michael Anderson
Probation Officer – Monitored Supervision Unit
Philadelphia Adult Probation and Parole Department
714 Market St, 1st Floor, Philadelphia PA 19106
Phone: 215-683-1041
Fax: 215-683-3784
michael.anderson@courts.phila.gov

SupportSupv - Operations - AbscondAV

Probation - General - StepDown

| Date | Time | Type | With | Result | Author | Event Title |
|------|------|------|------|--------|--------|-------------|
| 6-11-2020 | 10:30a | Note | | Completed | AndersonM | Custody Check - IN CUSTODY |

Confirmed to still be in Phila County Custody via Vinelink -

| Date | Time | Type | With | Result | Author | Event Title |
|------|------|------|------|--------|--------|-------------|
| 6-11-2020 | | Event | | NA | APPDVOPImpor | Gagnon II Hearing Scheduled |

A Gagnon II Hearing has been scheduled fo⬛⬛⬛⬛ns, Rayford A. on 6/18/2020 at 08:00 in Court Room 705.

| 6-09-2020 | 8:00a | Meeting | Client | Contact | Operations | GAGNON I HEARING NOTICE |

A Gagnon I Hearing is scheduled o⬛⬛⬛⬛⬛649-2019) before the Trial Commissioner. SUMMARY DUE DATE: 05/30/2020. The hearing resulted in the following disposition: HELD

| 5-24-2020 | 9:00a | Event | | NA | ISTPD | NEW ABSCONDER ASSIGNMENT - |

The following individual, Lee, Bernard has been reassigned from absconder status to SpecialSupv - MonitorSup - AndersonM on 5/24/2020.

| 5-23-2020 | 6:00p | Note | | NA | ISTPD | 51-BV-0010649-2019 LODGE/CUSTO |

On 7/24/2019, a probation (BV) warrant was issued, 51-BV-0010649-2019, ⬛⬛⬛⬛e judge has been notified. The subject is labeled: NON-ABSCONDER and IN CUSTODY as of 5/23/2020.

| 10-29-2019 | 9:00a | Note | | NA | AndersonM | Expected H/A Release Date (6 Mon |
| 10-25-2019 | 10:00a | Note | | NA | SmithJo | E-mail the EMU Informing of Sched |
| 9-27-2019 | 10:00a | Note | | NA | SmithJo | 6 Months (Send E-mail to Judge Ra |
| 8-06-2019 | 9:00a | Meeting | Client | Cancel | AndersonM | OV |
| 7-30-2019 | 12:00a | Meeting | Client | Cancel | AndersonM | Motions Hearing - CP-51-CR-00036 |
| 7-24-2019 | 11:14a | Event | Client | | BoccellaN | New Assigned Client |

Assigned a new client, Bernard Lee, ID Number: 1005293.

| 7-24-2019 | 1:55p | Phone | Client | Contact | AndersonM | PC from P/P |

P/P called PO – P/P said that he was 15 minutes late coming home yesterday and that he was afraid of going back in front of his Judge so he decided against going home. He said he understands that that might not have been the best decision - PO encouraged him to turn himself in so his Judge can atleast see he isn't running from the situation and suggested he might take that into account

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|

**7-24-2019     9:35a     Note                    Completed    AndersonM        Warrant Request**

A warrant is requested as Mr. Lee failed to return home from his scheduled timeout on 7/23/19. EMU attempted phone calls directly to Mr. Lee with no success.
PO was also unable to establish contact with Mr. Lee, but did speak with his mother on 7/24 @ 9:34am; she indicated Mr. Lee had not been home since leaving yesterday morning to meet with his PO.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7-24-2019     9:32a     Phone     Client's Mother    Contact      AndersonM        PC to P/P's Mother - (267) 248-636**

PO called P/P's mother who said that she was not sure of P/P's whereabouts and that he had not been at her house. Said that he went to see his PO early yesterday and she has not seen him since.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7-24-2019     9:29a     Phone     Client             LM           AndersonM        PC to P/P**

PO attempted outreach with no luck - asked for a call back asap

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7-23-2019     7:30p     Note                     Completed    AndersonM        EMU Activity - 7/23/19 - Failed to En**

Bernard Lee PPN 1005293 – PO Anderson – Failed to Enter – Offender had failed to enter alert at 18:01. EMC staff received no response from offender via phone or remote marry text message. Alert printed for EM supervisor. Needs follow up.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7-23-2019     12:14p    Note                     Completed    AndersonM        Input Schedule - 8/06**

08/06/19: 8:00am - 6:00pm
Reason: Office Visit with PO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7-23-2019     9:00a     Meeting    Client            Contact      AndersonM        OV - UDS**

P/P reported as directed - PO reviewed timeout given for today.

P/P verified that there has been no change in address or any other contact information.

P/P denied any contact with law enforcement or new arrests.

P/P denied any drug use - Sent for a UDS - Req# 20663557

P/P was reminded of his timeout for 7/30 (8:00am - 6:00pm) for his motions hearing.

No change in employment status reported - Reminded of fines/costs. P/P said that the motions hearing next week is to seek out some timeout to allow him to look for work.

P/P asked about SOAR and PO provided a flyer for the program and briefly explained the services they offer. PO said that he will have timeout today if he would like to go over today for an open enrollment session or he could call over to the program to ask for more information.

P/P said that he doesn't have his high school diploma -- PO informed him that SOAR may be able to provide direction towards getting a GED or diploma.

P/P will report to Probation again on 8/06/19 - Timeout given on that date from 8:00am - 6:00pm.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7-19-2019     1:10p     Phone     York County PD     Contact      AndersonM        PC from York County Police Dept**

PO received a follow up phone call from Sgt. McBride with York County PD - Said that after investigating further, the warrant should have been issued for a 'Vernard Lee' and that the warrant was lodged against P/P in error. Will have the warrant addressed and removed. No further action to be taken at this time

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|
| 7-19-2019    9:21a | Phone | York County PD | Contact | AndersonM | PC to York County Police Dept |

PO called York Police Department (717-846-1234) and confirmed that warrant was active. Warrant was issued by an Officer Jackson - She will pass along PO's information to a Sergeant and they will get back to PO

York Police Dept
717-846-1234

Warrant Issue Date
05/13/2019

Issuing County
York

Docket Number
MJ-19101-CR-0000208-2019

Warrant Number
19101-AW-0001170-2019

Arrest warrant issued on 5/13/19 and docket notes offense date is also 5/13. PO pulled logs from that day and P/P did not leave the house. PO will see out additional info re: arrest

-------------------------------------------------------------------------------------------------

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 7-18-2019 | 2:29p | SelfAudit | | Completed | AndersonM | Self Audit / JNET Check |



Offender Risk Level: High

Conditions & House Arrest Compliance:
Released to house arrest on 4/29/19. Projected 6 month date: 10/29/19. No violations incurred.

Employment:
Unemployed

Drug Tests:
Drug screenings have been Negative.

**PO to call York County to gather more info re: warrant returned below. **

JNET Check –
DNA Check: NOT ON FILE
****A JNET Warrant Search returned active warrant: ****
ARREST WARRANT OUT OF YORK COUNTY
Warrant Issue Date: 05/13/2019
Docket Number: MJ-19101-CR-0000208-2019
Warrant Number: 19101-AW-0001170-2019
LEAD OFFENSE: AGGRAVATED ASSAULT - VICTIM LESS THAN 13 AND DEFENDANT 18 OR OLDER
****DRO Warrant****
Warrant Issue Date: 02/25/2019
Docket Number: 12-07559
Arrears Balance: $2,396.10

MN – PA Master Name Search returned 'Multi-Source Offender.'
RS – PA Rap Sheet returned no open bills.
QR – III Rap Sheet also returned warrant out of York County. (Case # 20191799). No out of state rap sheets returned.

Inside Philadelphia County Arrests/Convictions: 01/01
Outside Philadelphia County Arrests/Convictions: 01/01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 7-09-2019 | 2:16p | Note | | Completed | AndersonM | Schedule - 7/23 & 7/30 |

7/23/19: 8:00 am - 6:00pm
Reason: Office visit with PO

07/30/19: 8:00am - 6:00pm
Reason: Motions Hearing - Subpoena provided

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 7-09-2019 | 11:45a | Meeting | Client | Contact | SmithJo | Office Appointment |

P/P reported as directed and was informed that PO Anderson would be assuming supervision of his case moving forward.

P/P verified that there has been no change in any contact information.

P/P reported no change in employment status and was reminded of fines/costs.
When PO brought this up, P/P indicated that he was told that he was put on a restriction that did not allow him to work. This PO only saw it mentioned (by P/P) during an office visit in June.
(PO checked secure docket and case file - No mention of employment restrictions noted) PO explained that H/A rules stipulate that employment is allowed, but it must be verifiable via paystubs.

P/P provided a subpoena for a motions hearing on 7/30/19 for the case he is currently being supervised for. He will be given timeout to attend.

P/P denied any contact with law enforcement or new arrests.

P/P denied any drug use - Previous UDS' have been negative

P/P will report to Probation again on 7/23/19 and was given timeout from 8:00am - 6:00pm

---

| 6-28-2019 | 10:00a | SelfAudit | | Pending | SmithJo | Complete an NCIC Check |

---

| 6-25-2019 | 11:45a | Meeting | Client | Contact | ProctorN | Office Appointment |

The PP reported to the Probation Department as scheduled. The PP confirmed his residential address as well as his telephone contact information. Fines and court costs were discussed. The PP stated that he would not be making a payment today, 6/25/2019.

The PP is unemployed.

The PP denied any illicit drug usage.

The PP denied any illicit drug usage. The PP submitted to a urinalysis. Requisition# 20470674.

The PP last urinalysis taken on 5/14/2019, returned negative for any illicit substances.

The PP stated that he had not obtained any new arrests or new convictions. The PP stated that he did not have any open criminal matters to report at the present moment in time. Please refer below to the updated permanent/temporary schedule allowable time out of range for the date range 6/25/2019 through 7/9/2019.

No permanent schedule allowable time out of range, at this moment in time.

Temporary schedule allowable time out of range for scheduled biweekly office appointment:

Tuesday, 6/25/2019: 8:00 - 18:00 (i.e. office appointment)
Tuesday, 7/9/2019: 8:00 - 18:00 (i.e. office appointment)

---

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|

6-12-2019      1:44p      SelfAudit                    Completed   SmithJo      Self Audit

An NCIC check was performed. All OK. The PP has no open criminal matters. The PP is a single state offender with no new arrests or new convictions. A QWA search was performed and it returned no outstanding warrants for the PP.

Ineligible for Low Risk Monitor Connect; Arrested for Indecent Assault on 11/23/2013

No Special Conditions of House Arrest; 11 1/2 to 23 months of incarceration with immediate parole to electronic monitoring followed by 2 years reporting probation; Released to House Arrest on 4/29/2019

No permanent schedule allowable time out of range, at this moment in time.

Temporary schedule allowable time out of range for scheduled biweekly office appointment:

Tuesday, 6/25/2019: 8:00 - 18:00 (i.e. office appointment)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

6-11-2019      11:45a      Meeting          Client          Contact      SmithJo          Office Appointment

PP reported early, seen by PO Proctor
No police contact, no drug use
Verified all contact information
PP is unemployed, stated his judge put him on a restriction.  PP knows he will have to go through his attorney to have an order signed amending that.
No issues reported
NRD: 6/25/19 - time out scheduled

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

5-28-2019      11:45a      Meeting          Client          Contact      SmithJo          Office Appointment

The PP reported to the Probation Department as scheduled. The PP confirmed his residential address as well as his telephone contact information. Fines and court costs were discussed. The PP stated that he would not be making a payment today, 5/28/2019.

The PP is unemployed.

The PP denied any illicit drug usage.

The PP last urinalysis taken on 5/14/2019, returned negative for any illicit substances.

The PP stated that he had not obtained any new arrests or new convictions. The PP stated that he did not have any open criminal matters to report at the present moment in time. Please refer below to the updated permanent/temporary schedule allowable time out of range for the date range 5/28/2019 through 6/11/2019.

No permanent schedule allowable time out of range, at this moment in time.

Temporary schedule allowable time out of range for scheduled biweekly office appointment:

Tuesday, 5/28/2019: 8:00 - 19:00 (i.e. office appointment)
Tuesday, 6/11/2019: 8:00 - 18:00 (i.e. office appointment)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

5-16-2019      8:00a      Event          Client                    IMPORT          New Drug Test

Bernard Lee submitted to a substance abuse test on 05-14-2019 with an overall a negative result.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SupportSupv - Operations - AbscondAV

Probation - General - StepDown

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 5-14-2019 | 11:45a | Meeting | Client | Contact | SmithJo | Office Appointment |

The PP reported to the Probation Department as scheduled. The PP confirmed his residential address as well as his telephone contact information. Fines and court costs were discussed. The PP stated that he would not be making a payment today, 5/14/2019.

The PP is unemployed.

The PP denied any illicit drug usage. The PP submitted to a urinalysis. Requisition# 20157566.

The PP stated that he had not obtained any new arrests or new convictions. The PP stated that he did not have any open criminal matters to report at the present moment in time. Please refer below to the updated permanent/temporary schedule allowable time out of range for the date range 5/14/2019 through 5/28/2019.

No permanent schedule allowable time out of range, at this moment in time.

Temporary schedule allowable time out of range for scheduled biweekly office appointment:

Tuesday, 5/14/2019: 8:00 - 18:00 (i.e. office appointment)
Tuesday, 5/28/2019: 8:00 - 18:00 (i.e. office appointment)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-01-2019 | 9:59a | Event | Client | | AntonelliC | New Assigned Client |

Assigned a new client, Bernard Lee, ID Number: 1005293.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-01-2019 | 12:07p | Note | | NA | APPDImport | Phila. County Custody Release Noti |

n Admission Date of 1/2/2019 is/was released from custody on 4/29/2019.  The assigned officer should verify this information with L-N-T or by calling Phila. Prison Records.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | | | | |
|---|---|---|---|---|---|---|
| 4-30-2019 | 3:45p | Meeting | Client | Contact | SmithJo | Initial Meeting |

The PP reported to the Probation Department as scheduled. The PP confirmed his residential address as well as his telephone contact information. Fines and court costs were discussed. The PP stated that he would not be making a payment today, 4/30/2019. .

The PP is unemployed.

The PP denied illicit drug usage. The PP submitted to a urinalysis. Requisition# 20055334.

The PP stated that he had not obtained any new arrests or new convictions. The PP stated that he did not have any open criminal matters to report at the present moment in time. The PP was explained the expectations & regulations of the Electronic Monitoring program at the Adult Probation & Parole Department. The PP indicated that he understood and that he would comply with those expectations & regulations. Furthermore, this Officer had the PP review and sign manual copies of the Rules/Regulations of Probation/Parole as well as the Firearm Surrender Policy because there were no electronic signature pads in any of the interviewing booths. An updated photograph of the PP was unable to be taken because there were no camera in any of the interviewing booths at the time of the initial interview. The screening information was completed. The intake process was completed. Please refer below to the updated permanent/temporary schedule allowable time out of range for the date range 4/30/2019 through 5/14/2019.

No permanent schedule allowable time out of range, at this moment in time.

Temporary schedule allowable time out of range for scheduled biweekly office appointment:

Tuesday, 4/30/2019: 14:00 - 19:00 (i.e. office appointment)
Tuesday, 5/14/2019: 8:00 - 18:00 (i.e. office appointment)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|
| 4-29-2019     4:30p | SelfAudit | | Completed | SmithJo | Self Audit |

An NCIC check was performed. All OK. The PP has no open criminal matters. The PP is a single state offender with no new arrests or new convictions. A QWA search was performed and it returned no outstanding warrants for the PP.

Ineligible for Low Risk Monitor Connect; Arrested for Indecent Assault on 11/23/2013

No Special Conditions of House Arrest; 11 1/2 to 23 months of incarceration with immediate parole to electronic monitoring followed by 2 years reporting probation; Released to House Arrest on 4/29/2019

No permanent schedule allowable time out of range, at this moment in time.

Temporary schedule allowable time out of range for scheduled biweekly office appointment:

Tuesday, 4/30/2019: 14:00 - 19:00 (i.e. office appointment)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|
| 4-29-2019     9:44a | Email | | NA | MatteoJ | Email to transfer case to PO Smith |

From: Matteo-Hand, Jaclyn
Sent: Monday, April 29, 2019 9:44 AM
To: Krupczak, John G. <John.Krupczak@courts.phila.gov>
Cc: Antonelli, Cheryl A. <Cheryl.Antonelli@courts.phila.gov>; White, Denia A. <Denia.White@courts.phila.gov>
Subject: House arrest releases for today, 4/29/19

Good Morning!
-These defendants are being released to house arrest today, 4/29/2019. Their dates need to be corrected, cases switched from Future to Supv. and they need to be transferred:

████████████████████████████████████

Thanks!

Jaclyn Matteo-Hand
Adult Probation and Parole Department
House Arrest
215-683-1034
Fax: 215-683-3784
Jaclyn.matteo-hand@courts.phila.gov

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|          |        | Type  | With | Result | Author   | Event Title |
|----------|--------|-------|------|--------|----------|-------------|

4-26-2019     11:22a      Email                        NA        MatteoJ        Email from Prison-Release Approv

Sent: Friday, April 26, 2019 11:22 AM
To: Matteo-Hand, Jaclyn <Jaclyn.Matteo-Hand@courts.phila.gov>; Regina D. Nash <Regina.Nash@prisons.phila.gov>; Tyheera
Torain <Tyheera.Torain@prisons.phila.gov>
Cc: Pauli Buford <Pauli.Buford@prisons.phila.gov>
Subject: Re: Releases for Monday, 4/29/2019


Lee   1005293  good


CORRECTIONAL OFFICER
Darrell Wilkerson
Classification Movement and Registration/Division
7901 State Rd
Philadelphia, PA 19136

(P) 215-683-3024
(F) 215-683-9034

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4-26-2019     8:40a      Email                        NA        MatteoJ        Email to prison

From: Matteo-Hand, Jaclyn
Sent: Friday, April 26, 2019 8:40 AM
To: Darrell Wilkerson <Darrell.Wilkerson@prisons.phila.gov>; Regina Nash <Regina.Nash@prisons.phila.gov>; Tyheera Torain
<Tyheera.torain@prisons.phila.gov>
Subject: Releases for Monday, 4/29/2019

Good Morning!

Releases for Monday, 4/29/2019:

██████████████

Jaclyn Matteo-Hand
Adult Probation and Parole Department
House Arrest
215-683-1034
Fax: 215-683-3784
Jaclyn.matteo-hand@courts.phila.gov
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | Type | With | Result | Author | Event Title |
|---|---|---|---|---|---|---|
| 4-26-2019 | 8:00a | Note | | Completed | MatteoJ | HI interview/install- Completed |

HI interview/install was completed by the pre-trial field team on 4/25/2019.
Notes in PTCMS:
Interview/ Cellular Install Complete
Field team installed PHMU 370428 and ranged PTX 231874 around the home, it was found everywhere.
Location: 2nd floor apartment (rear entrance off Margaret St.) Living Room on an entertainment stand
Range: Medium
PTX Battery: 92%; 518 days remaining
Interview Signed by Girlfriend Juelisse

Hello @ 1317
Unapproved Enter @ 1319
Tamper Reset @ 1319
PTX/ Paperwork tot HQ
Vonjo 4/26/19

| 4-25-2019 | 10:32a | Note | | Completed | MatteoJ | HI interview/install- Submitted |

HI interview/install was submitted to pre-trial and imported on monitor.

| 4-25-2019 | 10:20a | Phone | | Contact | MatteoJ | call to Owner of Property- HA Appr |

PO called 267-303-2120- spoke with Mirela Pajo, she owns the property @ 4664 Torresdale Ave (BRT confirmed) and she approves of p/p residing there with his mother while on house arrest.

| 4-25-2019 | 10:10a | Phone | | Contact | MatteoJ | call to p/p's Mother |

PO called p/p's mom @ 267-248-6366- she gave me the Owner, Mirela Pajo's # as 267-303-2120.
We completed interview (Saved in Word). Once PO receives permission from the Owner, I will submit the interview. The field team will call her and schedule a date an time to complete the home investigation. Once the equipment is installed, PO will call her back with p/p's release date.

| 4-10-2019 | 9:50a | Phone | | Contact | MatteoJ | call from p/p's mother |

PO rec'd a call from p/p's mother- she states that she is renting on Torresdale Ave and p/p is not on the lease. She states that she gave all this information to the Laywer. PO advised her that I am asking her questions based off of a piece of paper sent to me by Attorney. PO asked if 267-496-4859 was the Owner's #. She stated that it was not, she gave the Attorney a letter from the Landlord. PO advised her that I do not have a letter from anyone. I need the Owner's name and contact # to speak with her or him for permission for p/p to reside ether eon house arrest. She will call PO back with that info.

| 4-09-2019 | 11:26a | Event | Client | | MatteoJ | New Assigned Client |

Assigned a new client, Bernard Lee, ID Number: 1005293.

| 4-09-2019 | 12:37p | Phone | | LM | MatteoJ | call to contact # |

PO called contact # on contact sheet- 267-248-6366- left v/m.

| 4-09-2019 | 11:20a | Note | | Completed | MatteoJ | Rec'd court order for house arrest |

Rec'd court order & contact sheet for house arrest on CP-51-CR-0000369-2019.

# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Felishatay Alvarado | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 22-3763 |
| | ) | |
| City of Philadelphia | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
Parole Officer Dana Shannon

c/o Eric J. Assini, Esq., Chief - Legal Services, First Judicial District of Pennsylvania, 369 City Hall, Philadelphia, PA 19107

*(Name of person to whom this subpoena is directed)*

☒ Testimony: **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Victims Recovery Law Center, 121 S. Broad Street,18th Floor, Philadelphia, PA 19107 | Date and Time: September 15, 2023 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method: _____Stenographic and videotaped_____

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT

*George Wylesol*                                OR         /s/ Keith West

_____                    _____
Signature of Clerk or Deputy Clerk                                Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____

_____Plaintiff, Felishatay Alvarado_____ , who issues or requests this subpoena, are:

Keith West, Esquire, VRLC, 121 S. Broad Street, 18th Floor, Philadelphia, PA 19107, 215-546-1433, keith@victimrecoverylaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. _____

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).