IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELISHATAY ALVARADO** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3763 |
| | : | |
| **CITY OF PHILADELPHIA, P/O JOSHUA BURKITT, P/O ERIC CLARK, P/O JOSE HAMOY, SGT. KEVIN MELLODY, LT. DEMETRIUS MONK, P/O BRIAN MURRAY, P/O PATRICK SABA, P/O EDWARD SONG** | : | |

## FINAL JUDGMENT ORDER

**AND NOW**, this 9th day of June 2025, upon considering defendants' motion for judgment as a matter of law, or in the alternative, for a new trial (DI 116), defendants' memorandum in support of the motion (DI 134), plaintiff's opposition (DI 138), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for judgment as a matter of law, or in the alternative, for a new trial (DI 116) is **DENIED**. The Clerk of Court shall **close** this case.

*[signature]*
**MURPHY, J.**